# EXHIBIT B

# BUDGET

CASH FORECAST - 5/8/2009
WHITE ENERGY

| AVAILABLE FUNDS | 5/8/2009 | 5/11/2009 - 5/15/2009 | 5/18/2009 - 5/22/2009 | 5/25/2009 - 5/29/2009 | 6/1/2009 - 6/5/2009 | 6/8/2009 - 6/12/2009 | 6/15/2009 - 6/19/2009 | 6/22/2009 - 6/26/2009 | 6/29/2009 - 7/3/2009 |
|---|---|---|---|---|---|---|---|---|---|
| Opening balance | 13,860,724 | 13,442,674 | 15,229,779 | 10,921,662 | 11,359,843 | 13,681,823 | 9,961,935 | 11,964,529 | 12,996,023 |
| Operating cash flows | | | | | | | | | |
| Total Inflows from operations | 343,950 | 8,118,661 | 2,504,424 | 6,889,635 | 8,284,045 | 2,558,506 | 8,308,014 | 6,893,766 | 8,926,712 |
| Other Inflows | - | - | - | - | - | - | - | 1,432,852 | - |
| Cash outflows from operations | | | | | | | | | |
| Accounts Payable | (650,000) | (1,068,690) | (741,190) | (741,190) | (741,190) | (1,496,190) | (741,190) | (841,190) | (491,190) |
| Grain payments | - | (4,812,235) | (4,722,351) | (4,713,471) | (4,715,874) | (4,772,203) | (4,803,799) | (4,824,268) | (4,789,582) |
| Payroll and benefits / severance payments | (112,000) | (10,000) | (492,000) | (10,000) | (380,000) | (10,000) | (380,000) | (122,000) | (380,000) |
| Insurance | - | - | - | (96,517) | - | - | - | - | (96,517) |
| Utilities | - | (315,632) | (657,000) | (590,276) | - | - | (380,431) | (1,307,667) | - |
| Tax payments | - | - | - | (300,000) | - | - | - | - | - |
| Total outflows from operations | (762,000) | (6,206,557) | (6,612,541) | (6,451,454) | (5,837,064) | (6,278,393) | (6,305,420) | (7,095,124) | (5,757,289) |
| Net cash flows from operations | (418,050) | 1,912,105 | (4,108,117) | 438,181 | 2,446,981 | (3,719,888) | 2,002,594 | 1,231,493 | 3,169,423 |
| Restructuring cash flows | | | | | | | | | |
| Cash release from trustee - Inflow | - | - | - | - | - | - | - | - | - |
| Restructuring payments | | | | | | | | | |
| Debtor professionals | - | - | - | - | - | - | - | - | - |
| Creditor committee professionals | - | (50,000) | (200,000) | - | (50,000) | - | - | (200,000) | (50,000) |
| Ballot/claims agent | - | (75,000) | - | - | (75,000) | - | - | - | (75,000) |
| US trustee | - | - | - | - | - | - | - | - | - |
| Indenture trustee counsel | - | - | - | - | - | - | - | - | - |
| Other / miscellaneous | - | - | - | - | - | - | - | - | - |
| Total restructuring payments - outflow | - | (125,000) | (200,000) | - | (125,000) | - | - | (200,000) | (125,000) |
| Net cash flows from restructuring | - | (125,000) | (200,000) | - | (125,000) | - | - | (200,000) | (125,000) |
| TOTAL CASH BALANCE | 13,442,674 | 15,229,779 | 10,921,662 | 11,359,843 | 13,681,823 | 9,961,935 | 11,964,529 | 12,996,023 | 16,040,446 |

CASH FORECAST - 5/8/2009
WHITE ENERGY

| AVAILABLE FUNDS | 7/6/2009 - 7/10/2009 | 7/13/2009 - 7/17/2009 | 7/20/2009 - 7/24/2009 | 7/27/2009 - 7/31/2009 | 8/3/2009 - 8/7/2009 |
|---|---|---|---|---|---|
| Opening balance | 16,040,446 | 13,346,509 | 15,617,796 | 16,347,973 | 14,546,071 |
| Operating cash flows | | | | | |
| Total inflows from operations | 2,563,236 | 8,326,594 | 6,894,363 | 4,095,388 | 6,894,363 |
| Other Inflows | - | - | - | - | - |
| Cash outflows from operations | | | | | |
| Accounts Payable | (441,190) | (491,190) | (491,190) | (541,190) | (441,190) |
| Grain payments | (4,805,982) | (4,789,582) | (4,789,582) | (4,789,582) | (4,789,582) |
| Payroll and benefits / severance payments | (10,000) | (380,000) | (10,000) | (380,000) | (10,000) |
| Insurance | - | - | - | (96,517) | - |
| Utilities | - | (394,535) | (673,415) | - | - |
| Tax payments | - | - | - | - | - |
| Total outflows from operations | (5,257,172) | (6,055,307) | (5,964,187) | (5,807,289) | (5,240,772) |
| Net cash flows from operations | (2,693,936) | 2,271,287 | 930,176 | (1,801,901) | 1,653,591 |
| Restructuring cash flows | | | | | |
| Cash release from trustee - inflow | - | - | - | - | - |
| Restructuring payments | | | | | |
| Debtor professionals | - | - | - | - | - |
| Creditor committee professionals | - | - | (200,000) | - | - |
| Ballot/claims agent | - | - | - | - | (50,000) |
| US trustee | - | - | - | - | (75,000) |
| Indenture trustee counsel | - | - | - | - | (13,000) |
| Other / miscellaneous | - | - | - | - | - |
| Total restructuring payments - outflow | - | - | (200,000) | - | (138,000) |
| Net cash flows from restructuring | - | - | (200,000) | - | (138,000) |
| TOTAL CASH BALANCE | 13,346,509 | 15,617,796 | 16,347,973 | 14,546,071 | 16,061,663 |