# UNITED STATES BANKRUPTCY COURT

_____ DISTRICT OF _____

In re:\_\_\_\_\_ _____,     Case No. _____
<br>              Debtor                                                                (if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                                       SOURCE

**2.  Income other than from employment or operation of business**

None

☐

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                                                                    SOURCE

**SEE EXHIBIT-S2**

---

**3.  Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None

☐

a. *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as  part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None

☐

b. *Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made* within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as  part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None

☐     c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None

☐     a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None

☐     b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5. Repossessions, foreclosures and returns**

None

☐     List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**6. Assignments and receiverships**

None
☐

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
☐

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE Of PROPERTY |
|---|---|---|---|

**7. Gifts**

None
☐

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
☐

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9.  Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**10.  Other transfers**

None
☐

a.   List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
☐

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

**11.  Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12.  Safe deposit boxes

None ☐ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

### 13.  Setoffs

None ☐ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14.  Property held for another person

None ☐ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

### 15.  Prior address of debtor

None ☐ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16.  Spouses and Former Spouses**

None ☐

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17.  Environmental Information**.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☐

a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☐

b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☐

c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 .  Nature, location and name of business**

None ☐

a.  *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing

executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity  securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

SEE EXHIBIT-S18a

None ☐   b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

      NAME                        ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director,  managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)*

---

### 19.  Books, records and financial statements

None ☐   a.  List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

      NAME AND ADDRESS                      DATES SERVICES RENDERED

None ☐   b.  List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

      NAME                   ADDRESS             DATES SERVICES RENDERED

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                              ADDRESS

SEE EXHIBIT-S19c

None ☐ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                          DATE ISSUED

SEE EXHIBIT-S19d

---

**20. Inventories**

None ☐ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| | | DOLLAR AMOUNT OF INVENTORY |
| DATE OF INVENTORY | INVENTORY SUPERVISOR | (Specify cost, market or other basis) |

None ☐ b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| | NAME AND ADDRESSES OF CUSTODIAN |
| DATE OF INVENTORY | OF INVENTORY RECORDS |

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ☐ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS          NATURE OF INTEREST          PERCENTAGE OF INTEREST

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| | | NATURE AND PERCENTAGE |
| NAME AND ADDRESS | TITLE | OF STOCK OWNERSHIP |

SEE EXHIBIT-S21b

---

**22 . Former partners, officers, directors and shareholders**

None
☐     a.    If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

       NAME                  ADDRESS          DATE OF WITHDRAWAL

None
☐     b.    If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

       NAME AND ADDRESS           TITLE          DATE OF TERMINATION

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☐     If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

None
☐     If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

       NAME OF PARENT CORPORATION       TAXPAYER-IDENTIFICATION NUMBER (EIN)

---

**25. Pension Funds.**

None
☐     If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

       NAME OF PENSION FUND        TAXPAYER-IDENTIFICATION NUMBER (EIN)

* * * * * *

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____  Signature of Debtor _____

Date _____  Signature of Joint Debtor (if any) _____

---

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **07/15/2009**  Signature

Print Name and Title  **JOHN W. CASTLE, CFO**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

**14**___continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____  _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer  Social-Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person, or partner who signs this document.*

_____
Address

_____  _____
Signature of Bankruptcy Petition Preparer  Date

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.*

**STATEMENT OF FINANCIAL AFFAIRS**
**GENERAL NOTES REGARDING**
**THE STATEMENT OF FINANCIAL AFFAIRS**

1. Current Market Value.  It would be prohibitively expensive and unduly burdensome to obtain current market valuations of the property interests of White Energy, Inc. ("the Debtor"). Accordingly, unless otherwise indicated, net book values, rather than current market values, of the Debtor's interests in property are reflected on the Debtor's Statement of Financial Affairs (the "SOFA").

2. Accuracy.  While every effort has been made to file a complete and accurate SOFA, inadvertent errors or omissions may exist. The Debtor reserves all rights to amend its SOFA as necessary or appropriate.

3. Insiders.  While the Debtor has provided information related to specific individuals on Exhibits 21b, 22b, and 23, after closer analysis, these individuals may or may not actually meet the definition of an "insider" under the bankruptcy code. The Debtor reserves the right to change the status of these individuals depending upon the results of additional analysis.

4. Accrual method of accounting.  In cases where the Debtor presented information related to income, the accrual basis of accounting was used.

**STATEMENT OF FINANCIAL AFFAIRS**
**EXHIBIT S-2**
**INCOME OTHER THAN FROM OPERATIONS**

| PERIOD | 1/1/2009 to 5/6/2009 | 1/1/2008 to 12/31/2008 | 5/6/2007 to 12/31/2007 | TOTAL |
|---|---|---|---|---|
| Interest Income | 274 | 89,051 | - | 89,326 |
| Other Income | - | - | - | - |
| **TOTAL** | **274** | **89,051** | **-** | **89,326** |

**STATEMENT OF FINANCIAL AFFAIRS**
**EXHIBIT-S3b**
**PAYMENTS MADE TO CREDITORS WITHIN THE PERIOD FEBRUARY 6, 2009 - MAY 6, 2009**
**(FOR PAYMENTS TO INSIDERS SEE EXHIBIT-S23)**

| Payee | Address | City, State & Zip | Date of Payment | Payment Number | Payment Amount |
|---|---|---|---|---|---|
| Kansas Franchise Tax | 915 SW Harrison Street | Topeka, KS 66699-5000 | 4/9/2009 | CHK# 1019 | 20,000 |
| State of Delaware | 401 Federal Street, Suite 4 | Dover, DE 19901 | 4/1/2009 | ACH | 37,718 |
| | | | | **TOTAL** | **57,718** |

**STATEMENT OF FINANCIAL AFFAIRS**
**EXHIBIT-S3(c)**
<u>**PAYMENTS TO INSIDER CREDITORS**</u>
**SEE EXHIBIT - S23**

**STATEMENT OF FINANCIAL AFFAIRS**
**EXHIBIT-S15**
**PRIOR ADDRESS OF DEBTOR-WITHIN 3 YEARS**

| ADDRESS | DATES OF OCCUPANCY |
| --- | --- |
| Galleria Tower II, 23rd Floor | 5/10/2006-12/19/2006 |
| 13455 Noel Road | |
| Dallas, TX 75240 | |

**STATEMENT OF FINANCIAL AFFAIRS**
**EXHIBIT-S18a**
**NATURE, LOCATION AND NAME OF BUSINESS**

| Name of Entity | Mailing Address | Tax Payer ID Number | Beginning Date | Ending Date | Nature of Business |
|---|---|---|---|---|---|
| White Energy Holding Company, LLC | 5005 LBJ Freeway, Suite 1400 Dallas, TX 75244 | 20-4853034 | 5/10/2006 | N/A | Holding Company for ethanol manufacturing |
| WE Biodiesel Holding Company, LLC | 5005 LBJ Freeway, Suite 1400 Dallas, TX 75244 | 26-1235022 | 8/13/2007 | N/A | Holding Company for biodiesel fuels |

**STATEMENT OF FINANCIAL AFFAIRS**
**EXHIBIT-S19a**
**BOOKKEEPERS AND ACCOUNTANTS WITHIN LAST TWO YEARS**

| NAME | TITLE | ADDRESS | DATES OF SERVICE |
|------|-------|---------|------------------|
| John Castle | Chief Financial Officer and Senior Vice President of Operations | 5005 LBJ Freeway Suite 1400; Dallas, TX 75244 | 12/5/05 - Present |
| Calvin Stewart | Vice President and Corporate Controller | 5005 LBJ Freeway Suite 1400; Dallas, TX 75244 | 6/19/06 - Present |
| Vicky Martinez | Manager, Accounting and Consolidations | 5005 LBJ Freeway Suite 1400; Dallas, TX 75244 | 8/14/06 - Present |

**STATEMENT OF FINANCIAL AFFAIRS**
**EXHIBIT-S19b**
<u>**AUDITORS OR FINANCIAL STATEMENT PREPARERS WITHIN LAST TWO YEARS**</u>

| NAME | ADDRESS | DATES OF SERVICE |
|------|---------|------------------|
| Deloitte & Touche LLP | 2200 Ross Avenue; Dallas, TX 75201 | 1/1/2007 - Present |

**STATEMENT OF FINANCIAL AFFAIRS**
**EXHIBIT-S19c**
**POSSESSION OF THE BOOKS OF ACCOUNTS AND RECORDS**

| NAME | ADDRESS | TITLE |
| --- | --- | --- |
| Calvin Stewart | 5005 LBJ Freeway Suite 1400; Dallas, TX 75244 | Vice President and Corporate Controller |

## STATEMENT OF FINANCIAL AFFAIRS
### EXHIBIT-S19d
### BOOKS, RECORDS, AND FINANCIAL STATEMENTS - RECIPIENTS

| Name of Recipient | Address | Period Presented | Date Issued |
|---|---|---|---|
| WestLB AG | 1211 Avenue of the Americas, New York, NY 10036 | Q1 2007 | 5/2/2007 |
| WestLB AG | 1211 Avenue of the Americas, New York, NY 10036 | Q2 2007 | 8/9/2007 |
| The Internal Revenue Service | Stop 6716 AUSC, Austin, TX 73301 | 2006 | 7/3/2008 |
| U.S. Energy Services | PO Box 86, SDS12-1449, Minneapolis, MN 55486 | 2006 | 11/6/2007 |
| R.J. O'brien | 222 South Riverside Plaza, Chicago, IL 60606 | 2006 | 11/7/2007 |
| WestLB AG | 1211 Avenue of the Americas, New York, NY 10036 | Q3 2007 | 11/12/2007 |
| ADM Grain Company | 4666 Faries Parkway, Decatur, IL 62526 | Q3 2007 | 1/8/2008 |
| Gavilon Fertilizer, LLC | 12958 Collection Center Dr., Chicago, IL 60693 | 2006 | 3/3/2008 |
| Lockton Companies, LLC | 444 W. 47th Street, Suite 900, Kansas City, MO 64112-1906 | 2007 | 1/27/2009 |
| CNA Deductible Recovery Group | NW 7905 - PO Box 1450, Minneapolis, MN 55485-1450 | 2007 | 1/27/2009 |
| The Internal Revenue Service | Stop 6716 AUSC, Austin, TX 73301 | 2007 | 8/21/2009 |
| WestLB AG | 1211 Avenue of the Americas, New York, NY 10036 | 2007 | 4/23/2008 |
| Atmos Energy Marketing | PO Box 79073, Phoenix, AZ 85062-9073 | 2007 | 6/9/2008 |
| WestLB AG | 1211 Avenue of the Americas, New York, NY 10036 | 2008 | 4/18/2009 |
| Lockton Companies, LLC | 444 W. 47th Street, Suite 900, Kansas City, MO 64112-1906 | 2008 | 4/24/2009 |
| CNA Deductible Recovery Group | NW 7905 - PO Box 1450, Minneapolis, MN 55485-1450 | 2008 | 4/24/2009 |
| XL Specialty Insurance Company | 100 Constitution Plaza, 17th Floor, Hartford, CT 06103 | 2008 | 5/12/2009 |
| Ernst & Young | P.O. Box 96907, Chicago, IL 60697 | 2008 | 4/16/2009 |

## STATEMENT OF FINANCIAL AFFAIRS
## EXHIBIT-S21b
## CURRENT PARTNERS, OFFICERS, DIRECTORS and SHAREHOLDERS

| NAME | ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP* | |
|---|---|---|---|---|
| PAUL LIPARI** | 5005 LBJ FREEWAY, SUITE 1400 DALLAS, TX 75244 | CHAIRMAN OF THE BOARD | N/A | N/A |
| ANDREW INTRATER | 5005 LBJ FREEWAY, SUITE 1400 DALLAS, TX 75244 | DIRECTOR | N/A | N/A |
| JASON EPSTEIN | 5005 LBJ FREEWAY, SUITE 1400 DALLAS, TX 75244 | DIRECTOR | N/A | N/A |
| DAVID DIWIK | 5005 LBJ FREEWAY, SUITE 1400 DALLAS, TX 75244 | DIRECTOR AND CHIEF EXECUTIVE OFFICER | N/A | N/A |
| JOHN CASTLE | 5005 LBJ FREEWAY, SUITE 1400 DALLAS, TX 75244 | CHIEF FINANCIAL OFFICER, TREASURER, SECRETARY | Common Stock | 1% |
| JOHN NEUFELD | 5005 LBJ FREEWAY, SUITE 1400 DALLAS, TX 75244 | CHIEF RISK OFFICER | Common Stock | >1% |
| COLUMBUS NOVA ETHANOL HOLDINGS LLC | 153 EAST 53rd STREET, 58TH FLOOR NEW YORK, NY 10022 | SHAREHOLDER | Common Stock | 86% |
| COLUMBUS NOVA ETHANOL HOLDINGS LLC | 153 EAST 53rd STREET, 58TH FLOOR NEW YORK, NY 10022 | SHAREHOLDER | Series A-1 | 93% |
| COLUMBUS NOVA ETHANOL HOLDINGS LLC | 153 EAST 53rd STREET, 58TH FLOOR NEW YORK, NY 10022 | SHAREHOLDER | Series A-2 | 93% |
| COLUMBUS NOVA ETHANOL HOLDINGS LLC | 153 EAST 53rd STREET, 58TH FLOOR NEW YORK, NY 10022 | SHAREHOLDER | Series B | 100% |
| THE SCOULAR COMPANY | 10801 MASTIN, SUITE 800 OVERLAND PARK, KS 66210 | SHAREHOLDER | Common Stock | 6% |
| WHITE ENERGY INVESTOR GROUP, LLC | GALLERIA TOWER II, 23RD FLOOR 13455 NOEL RD, DALLAS, TX 75240 | SHAREHOLDER | Common Stock | 3% |
| WHITE ENERGY INVESTOR GROUP, LLC | GALLERIA TOWER II, 23RD FLOOR 13455 NOEL RD, DALLAS, TX 75240 | SHAREHOLDER | Series A-1 | 7% |
| WHITE ENERGY INVESTOR GROUP, LLC | GALLERIA TOWER II, 23RD FLOOR 13455 NOEL RD, DALLAS, TX 75240 | SHAREHOLDER | Series A-2 | 7% |
| IOSEF BAKALEYNIK** | 5005 LBJ FREEWAY, SUITE 1400 DALLAS, TX 75244 | CHAIRMAN OF THE BOARD | N/A | N/A |

* Series A-1, A-2 and B are various classes of equity, voting stock

**Paul Lipari's resignation was accepted by the Board of Directors and Iosef Bakaleynik was elected to the Board as Chairman on 7/6/09.

**STATEMENT OF FINANCIAL AFFAIRS**
**EXHIBIT-S22b**
**FORMER PARTNERS, OFFICERS, DIRECTORS and SHAREHOLDERS-WITHIN 1 YEAR**

| NAME | ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|---|
| OMER SAGHEER | 2027 DODGE ST<br>OMAHA, NE  68102 | PRESIDENT | 6/2/2008 |
| GEOFFREY B. AMEND | 7607 MAGILL<br>WICHITA, KS 67211 | GENERAL COUNSEL &<br>SECRETARY | 10/31/2008 |
| JEFF SEROTA | 2000 AVENUE OF THE STARS<br>12th FLOOR<br>LOS ANGELES, CA 90067 | DIRECTOR | 12/2/2008 |
| JEFF SCHWARTZ | 2000 AVENUE OF THE STARS<br>12th FLOOR<br>LOS ANGELES, CA 90067 | DIRECTOR | 12/2/2008 |
| ARES CORPORATE<br>OPPORTUNITIES FUND II, L.P. | 1999 AVENUE OF THE STARS<br>LOS ANGELES, CA 90067 | SHAREHOLDER | 5/4/2009 |

**STATEMENT OF FINANCIAL AFFAIRS**
**EXHIBIT-S23**
**WITHDRAWALS FROM A PARTNERSHIP OR DISTRIBUTIONS BY A CORPORATION**

| Name | Address | Relationship to Debtor | Distribution Date | Purpose of Distribution | Amount / Value of Property |
|------|---------|------------------------|-------------------|-------------------------|----------------------------|
| For the Benefit of White Energy Holding Company, LLC | 5005 LBJ FREEWAY, SUITE 1400 DALLAS, TX 75244 | Subsidiary | 4/27/2009 | Escrow payment | 250,000 |

**STATEMENT OF FINANCIAL AFFAIRS**
**EXHIBIT-S24**
**TAX CONSOLIDATION GROUP-WITHIN 6 YEARS**

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| WHITE ENERGY, INC. | 20-5501083 |