# EXHIBIT A

**Thomas Affidavit**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WHITE ENERGY, INC., *et al.*,[1] | Case No. 09-11601 (CSS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 141** |

## AFFIDAVIT OF DISINTERESTEDNESS

STATE OF TEXAS        )
                                    ) ss:
COUNTY OF HARRIS  )

Darrell G. Thomas, being duly sworn, upon his/her oath, deposes and says:

I am a partner of Andrews Kurth LLP, located at 600 Travis, Suite 4200, Houston, Texas 77002 (the "**Firm**").

The above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services, all in accordance with the Application for an Order Authorizing the Retention and Employment of Andrews Kurth LLP as Special Counsel to the Debtors and Debtors in Possession.

The Firm may have performed services in the past, may currently perform services, and may perform services in the future, in matters unrelated to the above-captioned cases (the "**Chapter 11 Cases**"), for persons that are parties-in-interest in the Debtors' Chapter 11 Cases. The Firm does not perform services for any such person in connection with these Chapter 11

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: White Energy, Inc. (1083); White Energy Holding Company, LLC (3034); US Energy Partners, LLC (1177); WE Hereford, LLC (9408); and Plainview BioEnergy, LLC (5553). The corporate headquarters for each of the Debtors is 5005 LBJ Freeway, Suite 1400, Dallas, TX 75244.

Cases, or have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be employed by the Debtors, claimants, and parties-in-interest in these Chapter 11 Cases.

Neither I nor any principal, partner, director, or officer of, or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principal and regular employees of the Firm.

Neither I nor any principal, partner, director, or officer of, or professional employed by, the Firm, insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or their estates with respect to the matter(s) for which this Firm is proposed to be retained.

The Debtors owe the Firm $0.00 for prepetition services, the payment of which is subject to limitations contained in the United States Bankruptcy Code, 11 U.S.C. § 101, et seq.

As of May 7, 2009, the date the Chapter 11 cases were commenced (the "**Petition Date**"), the Firm was not party to an agreement for indemnification with certain of the Debtors.

The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

[Signature Page Follows This Page]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 28, 2009

_____
DARRELL G. THOMAS

Sworn to and subscribed before me
This 28th day of September, 2009

_____
Carol Kattner
Notary Public

CAROL KATTNER
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
MAY 12, 2010

3