UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re **WHITE ENERGY, INC.**, *et al.*

Case No. __09-11601 (CSS)__
Reporting Period: __11/1/09 - 11/30/09__

## MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 20 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | |
|    Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | | |
|    Copies of bank statements | | | |
|    Cash disbursements journals | | | |
| Statement of Operations | MOR-2 | X | |
| Balance Sheet | MOR-3 | X | |
| Status of Postpetition Taxes | MOR-4 | X | |
|    Copies of IRS Form 6123 or payment receipt | | | |
|    Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | X | |
|    Listing of aged accounts payable | | | |
| Accounts Receivable Aging | MOR-5 | X | |
| Debtor Questionnaire | MOR-5 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_Signature of Authorized Individual*_

Date: 12/30/2009

John W. Castle
Printed Name of Authorized Individual

CFO / Sr. V.P. of Operations
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR
(9/99)

MOR 1                 In re WHITE ENERGY, INC., *et al.*        Case No. 09-11601 (CSS)
                                   Debtor                               Reporting Period: 11/1/09 - 11/30/09

**SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS**

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1). Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | White Energy Holding Company, LLC* | | | | | | | | | White Energy, Inc. | U.S. Energy Partners, LLC | WE Hereford, LLC | Plainview BioEnergy, LLC | TOTAL | CUMULATIVE FILING TO DATE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 162805 | 289947 | 474111 | 486910 | 486913 | 486916 | 816893614 | 707773016 | 707772174 | TOTAL | 707827242 | 707772141 | 708111828 | 707870275 | OPER** | ACTUAL | PROJECTED |
| CASH ON FILING DATE | 613 | - | 188,441 | - | - | 641 | - | 13,640,114 | (129,716) | 13,700,093 | 18,750 | (97,067) | (45,086) | (38,912) | 13,537,778 | | |
| CASH BEGINNING OF PERIOD - 10/31/2009 | - | 1,800,288 | 2,459,653 | 13,131,193 | - | 706 | 181,267 | 4,667,803 | (96,499) | 22,144,411 | 5,997,952 | (158,368) | (85,405) | (77,219) | 27,821,371 | 13,537,778 | 13,537,778 |
| TOTAL RECEIPTS | 19,530,763 | 9,051,846 | 10,274,042 | 133 | - | - | 38 | - | - | 38,856,822 | - | 875,471 | - | - | 39,732,293 | 207,522,593 | 196,044,950 |
| TOTAL DISBURSEMENTS | (432) | - | - | (133) | (500,000) | - | - | (2,572) | (977,177) | (1,480,314) | (9,375) | (8,245,555) | (14,676,926) | (10,026,946) | (34,439,116) | (187,945,823) | (202,319,756) |
| CASH END OF PERIOD - 11/30/2009 | 7,616,178 | 2,315,361 | 2,630,755 | 15,660,376 | - | 706 | 181,305 | 5,472,159 | (111,796) | 33,765,044 | - | (345,397) | (121,316) | (183,783) | 33,114,548 | 33,114,548 | 7,262,972 |

**THE FOLLOWING SECTION MUST BE COMPLETED**
**DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)**

| | | | | | | |
|---|---|---|---|---|---|---|
| TOTAL DISBURSEMENTS - Month to Date | (1,480,314) | (9,375) | (8,245,555) | (14,676,926) | (10,026,946) | (34,439,116) | (187,945,823) |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | - | - | - | - | - | - | - |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | - | - | - | - | - | - | - |
| TOTAL DISBURSEMENTS FOR NOVEMBER 2009 | (1,480,314) | (9,375) | (8,245,555) | (14,676,926) | (10,026,946) | (34,439,116) | (187,945,823) |
| TOTAL DISBURSEMENTS - Quarter to Date | (3,933,010) | (9,375) | (16,704,227) | (28,614,041) | (15,722,540) | (64,983,193) | (187,945,823) |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | - | - | - | - | - | - | - |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | - | - | - | - | - | - | - |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | (3,933,010) | (9,375) | (16,704,227) | (28,614,041) | (15,722,540) | (64,983,193) | (187,945,823) |

FORM MOR-1 (9/99)

*Generally, cash receipts come in through Bank of New York, which are all White Energy Holdings, LLC accounts.
**Operating accounts are the only accounts utilized. The following accounts had no activity during the period, and had a zero balanance as of the end of the period. There are no Intercompany transactions included

Bank of New York Accounts:                                          JPMorgan Chase Accounts:
162801        White Energy Holding Company, LLC        708093679 U.S. Energy Partners, LLC Payroll Account
162802        White Energy Holding Company, LLC        753915727 White Energy Biodiesel Holding Company, LLC
162803        White Energy Holding Company, LLC        707827242 The balance above excludes a portion of this account that is restricted. Restricted Balance = 246,574
162804        White Energy Holding Company, LLC
289943        White Energy Holding Company, LLC
289944        White Energy Holding Company, LLC
289945        White Energy Holding Company, LLC
289946        White Energy Holding Company, LLC
314376        White Energy Holding Company, LLC
314377        White Energy Holding Company, LLC
314378        White Energy Holding Company, LLC
486911        White Energy Holding Company, LLC
486912        White Energy Holding Company, LLC
486915        White Energy Holding Company, LLC
486917        White Energy Holding Company, LLC
486919        White Energy Holding Company, LLC
486920        White Energy Holding Company, LLC
486926        White Energy Holding Company, LLC
486927        White Energy Holding Company, LLC

In re WHITE ENERGY, INC., et al.  
Debtor

Case No. 09-11601 (CSS)  
Reporting Period: 11/1/09 - 11/30/09

## STATEMENT OF OPERATIONS
(Income Statement)  
November 30, 2009

|  | WEI Debtor Consolidated | White Energy, Inc. | WE Holdco | US Energy Partners | WE Hereford | Plainview Bioenergy |
|---|---|---|---|---|---|---|
| Net Sales | $40,532,201 | | | $12,356,174 | $13,691,585 | $14,484,443 |
| Cost of Sales | $34,049,998 | | | $8,784,038 | $12,727,054 | $12,538,906 |
| *Gross Profit* | *$6,482,203* | | | *$3,572,135* | *$964,531* | *$1,945,537* |
| SG&A | $686,227 | $5,575 | $463,363 | $100,645 | $57,088 | $59,557 |
| *Operating Income* | *$5,795,976* | *($5,575)* | *($463,363)* | *$3,471,490* | *$907,443* | *$1,885,980* |
| **Other Income (Expense)** | | | | | | |
| Interest Expense | ($1,427) | | ($1,427) | | | |
| Interest Income | $651 | $10 | $641 | | | |
| Other Income (Expense) | $1,830 | | | ($570) | $2,400 | |
| Reorganization Items, net | ($588,251) | | ($588,251) | | | |
| *Income Before Taxes (IBT)* | *$5,208,778* | *($5,565)* | *($1,052,401)* | *$3,470,920* | *$909,843* | *$1,885,980* |
| Tax Expense/(Benefit) | | | | | | |
| *Net Income* | *$5,208,778* | *($5,565)* | *($1,052,401)* | *$3,470,920* | *$909,843* | *$1,885,980* |

## STATEMENT OF OPERATIONS
(Income Statement)  
Cumulative Filing to Date

|  | WEI Debtor Consolidated | White Energy, Inc. | WE Holdco | US Energy Partners | WE Hereford | Plainview Bioenergy |
|---|---|---|---|---|---|---|
| Net Sales | $203,483,574 | | | $72,856,468 | $115,972,180 | $14,654,927 |
| Cost of Sales | $187,457,320 | | | $62,047,580 | $108,145,472 | $17,290,969 |
| *Gross Profit* | *$16,026,254* | | | *$10,808,887* | *$7,826,708* | *($2,636,042)* |
| SG&A | $4,817,784 | $41,446 | $3,372,620 | $763,100 | $402,086 | $238,531 |
| *Operating Income* | *$11,208,470* | *($41,446)* | *($3,372,620)* | *$10,045,787* | *$7,424,622* | *($2,874,573)* |
| **Other Income (Expense)** | | | | | | |
| Interest Expense | ($247,875) | $59,098 | ($310,715) | | | $3,743 |
| Interest Income | $100,197 | $88,299 | $10,721 | | $1,177 | |
| Other Income (Expense) | $172,486 | | $161,411 | $1,708 | $9,368 | |
| Reorganization Items, net | ($5,634,454) | | ($5,634,454) | | | |
| *Income Before Taxes (IBT)* | *$5,598,823* | *$105,951* | *($9,145,658)* | *$10,047,495* | *$7,435,167* | *($2,870,830)* |
| Provision for tax (benefit) expense | | (706,165) | | | | |
| *Net Income* | *$6,278,291* | *$812,116* | *($9,145,658)* | *$10,047,495* | *$7,435,167* | *($2,870,830)* |

**MOR 3 - 5/6/2009**

In re WHITE ENERGY, INC., *et al.*  
Debtor

Case No. 09-11601 (CSS)  
Reporting Period: 11/1/09 - 11/30/09

WHITE ENERGY INCORPORATED  
Debtor Balance Sheet  
As of: May 6, 2009

| | White Energy, Inc. | WE Holdco | US Energy Partners | WE Hereford | Plainview Bioenergy | Debtor Eliminations | WEI Debtor Consolidated |
|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | |
| *Current Assets* | | | | | | | |
| Cash & cash equivalents | $268,751 | $13,700,093 | ($97,067) | ($45,086) | ($38,912) | ($250,642) | $13,537,137 |
| Short-term restricted cash | | | | | | 250,001 | 250,001 |
| Intercompany A/R | (75,511) | (232,260) | 1,722,836 | (761,477) | (248,055) | (405,533) | - |
| Accounts receivable | | | | | | | |
|    Trade | | | 6,905,399 | 8,011,902 | (143,496) | | 14,773,805 |
|    Other | 6,769,308 | 48,100 | | 160,776 | | | 6,978,184 |
| Inventories | | | 3,214,070 | 8,450,684 | 306,904 | | 11,971,658 |
| Derivative assets | | (519,204) | (64,277) | 1,048,994 | 78,240 | | 543,753 |
| Prepaid & other current assets | | 396,369 | 114,021 | 306,172 | 234,503 | | 1,051,065 |
| **Total current assets** | **$6,962,549** | **$13,393,099** | **$11,794,981** | **$17,171,966** | **$189,183** | **($406,174)** | **$49,105,604** |
| Equity method investments | | 124,743 | | | | | 124,743 |
| Investment in Non-Debtor Affiliate | | 1,210,415 | | | | | 1,210,415 |
| Intercompany Investments | 197,334,377 | 198,537,927 | | | | (395,872,304) | - |
| Property, plant, & equipment, net | | 3,053,651 | 17,780,180 | 58,880,472 | 58,726,594 | | 138,440,897 |
| Restricted cash | | | | | | 641 | 641 |
| Deferred financing fees, net | | 6,943,644 | | | | | 6,943,644 |
| Other assets | | | 159,983 | 240,860 | 304,984 | | 705,826 |
| **Total assets** | **$204,296,926** | **$223,263,479** | **$29,735,144** | **$76,293,298** | **$59,220,761** | **($396,277,837)** | **$196,531,770** |
| **LIABILITIES & SHAREHOLDERS' EQUITY** | | | | | | | |
| *Liabilities* | | | | | | | |
| Accounts Payable | 23,379 | 548,007 | 2,337,149 | 14,369,966 | 8,565,881 | | 25,844,382 |
| Related party | | 3,457,072 | | | | | 3,457,072 |
| Intercompany A/P | | | 120,954 | 100,396 | 184,182 | (405,533) | - |
| Other accrued | | 6,362,845 | 220,317 | 1,384,721 | 52,811 | | 8,020,694 |
| Dividends payable | 73,605,215 | | | | | | 73,605,215 |
| Debt-related | | 297,885,218 | | | | | 297,885,218 |
| **Total pre-petition liabilities** | **$73,628,594** | **$308,253,143** | **$2,678,420** | **$15,855,084** | **$8,802,874** | **($405,533)** | **$408,812,581** |
| Class A-1 Preferred Stock | 110,000,001 | (7,575,891) | | | | | 102,424,110 |
| Class B Preferred Stock | 65,811,005 | | | | | | 65,811,005 |
| Paid In Capital | 21,460,000 | 7,600,271 | | | | | 29,060,271 |
| Retained Earnings | (77,050,681) | (133,516,168) | 27,197,838 | (66,604,710) | (159,602,477) | | (409,576,196) |
| Intercompany Equity | 10,448,007 | 48,502,125 | (141,115) | 127,042,924 | 210,020,364 | (395,872,304) | - |
| **Total shareholders' equity** | **$130,668,332** | **($84,989,664)** | **$27,056,723** | **$60,438,214** | **$50,417,887** | **($395,872,304)** | **($212,280,811)** |
| **Total liabilities & shareholders' equity** | **$204,296,926** | **$223,263,479** | **$29,735,144** | **$76,293,298** | **$59,220,761** | **($396,277,837)** | **$196,531,770** |

**MOR 3 - 11/30/2009**

In re WHITE ENERGY, INC., *et al.*  
Debtor

Case No. 09-11601 (CSS)  
Reporting Period: 11/1/09 - 11/30/09

WHITE ENERGY INCORPORATED  
Debtor Balance Sheet  
As of: November 30, 2009

| | White Energy, Inc | WE Holdco | US Energy Partners | WE Hereford | Plainview Bioenergy | Debtor Eliminations | WEI Debtor Consolidated |
|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | |
| ***Current Assets*** | | | | | | | |
| Cash & cash equivalents | $246,574 | $33,765,044 | ($345,397) | ($121,316) | ($183,783) | ($428,585) | $32,932,537 |
| Short-term restricted cash | | | | | | 427,878 | 427,878 |
| Intercompany A/R | 5,988,577 | (16,614,777) | 7,446,535 | 7,910,598 | (3,370,294) | (1,360,638) | - |
| Accounts receivable | | | | | | | |
|   Trade | | | 7,300,826 | 8,487,157 | 4,407,067 | | 20,195,049 |
|   Other | | 56,857 | 245 | 165,021 | 54,700 | | 276,823 |
| Inventories | | | 2,586,899 | 9,636,254 | 4,572,534 | | 16,795,687 |
| Derivative assets | | (519,204) | 44,038 | 1,187,632 | 105,268 | | 817,735 |
| Prepaid & other current assets | | 392,106 | 615,826 | 1,165,390 | 562,597 | | 2,735,919 |
| ***Total current assets*** | **$6,235,150** | **$17,080,026** | **$17,648,972** | **$28,430,736** | **$6,148,088** | **($1,361,344)** | **$74,181,629** |
| Equity method investments | | 160,767 | | | | | 160,767 |
| Investment in Non-Debtor Affiliate | | 1,215,458 | | | | | 1,215,458 |
| Intercompany Investments | 197,334,377 | 198,537,927 | | | | (395,872,304) | - |
| Property, plant, & equipment, net | | 2,997,728 | 15,518,711 | 55,123,014 | 55,050,280 | | 128,689,733 |
| Restricted cash | | | | | | 706 | 706 |
| Deferred financing fees, net | | 6,943,644 | | | | | 6,943,644 |
| Other assets | | | 151,965 | 179,774 | 377,119 | | 708,858 |
| ***Total assets*** | **$203,569,527** | **$226,935,550** | **$33,319,648** | **$83,733,524** | **$61,575,488** | **($397,232,942)** | **$211,900,796** |
| **LIABILITIES & SHAREHOLDERS' EQUITY** | | | | | | | |
| ***Liabilities*** | | | | | | | |
| Accounts payable | 6,989 | 179,065 | 2,330,251 | 14,062,511 | 8,528,129 | | 25,106,945 |
| Related party payable | | 3,457,072 | | | | | 3,457,072 |
| Other accrued | | 6,068,518 | 70,171 | 7,779 | 3,621 | | 6,150,090 |
| Dividends payable | 73,605,215 | | | | | | 73,605,215 |
| Debt-related | | 293,658,105 | | | | | 293,658,105 |
| ***Total pre-petition liabilities*** | **$73,612,204** | **$303,362,760** | **$2,400,422** | **$14,070,290** | **$8,531,750** | **$0** | **$401,977,427** |
| Accounts Payable | | 1,323,073 | 2,193,459 | 569,945 | 310,888 | | 4,397,365 |
| Intercompany A/P | | | 241,581 | 637,614 | 481,444 | (1,360,638) | - |
| Other accrued | 16,836 | 1,412,321 | 581,839 | 6,627,128 | 2,871,739 | | 11,509,862 |
| ***Total liabilities*** | **$73,629,040** | **$306,098,154** | **$5,417,301** | **$21,904,976** | **$12,195,820** | **($1,360,638)** | **$417,884,653** |
| Class A-1 Preferred Stock | 110,000,001 | (7,575,891) | | | | | 102,424,110 |
| Class B Preferred Stock | 65,811,005 | | | | | | 65,811,005 |
| Paid In Capital | 21,460,000 | 7,618,935 | | | | | 29,078,935 |
| Retained Earnings | (76,238,565) | (142,661,828) | 37,245,335 | (59,169,541) | (162,473,309) | | (403,297,907) |
| Intercompany Equity | 8,908,046 | 63,456,180 | (9,342,988) | 120,998,089 | 211,852,976 | (395,872,304) | (0) |
| ***Total shareholders' equity*** | **$129,940,487** | **($79,162,604)** | **$27,902,348** | **$61,828,548** | **$49,379,667** | **($395,872,304)** | **($205,983,858)** |
| ***Total liabilities & shareholders' equity*** | **$203,569,527** | **$226,935,550** | **$33,319,648** | **$83,733,524** | **$61,575,488** | **($397,232,942)** | **$211,900,796** |

**MOR 4**

In re WHITE ENERGY, INC., *et al.*
Debtor

Case No. 09-11601 (CSS)
Reporting Period: 11/1/09 - 11/30/09

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

|  | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Ending Tax Liability |
|---|---:|---:|---:|---:|
| **Federal, State, and Local** | | | | |
| Payroll | $ 87,644 | $ 199,282 | $ 190,616 | $ 96,311 |
| Sales and Use | 1,722 | 952 | 1,722 | 952 |
| Real & Personal Property* | 1,063,990 | 183,277 | - | 1,247,267 |
| Franchise Taxes | 20,636 | 5,575 | 9,375 | 16,836 |
| Other | 34,874 | 19,372 | - | 54,246 |
| **Total Taxes** | **$ 1,208,866** | **$ 408,458** | **$ 201,712** | **$ 1,415,611** |

*Reversal of Interest & Penalties due to non-payment of 2008 Plainview property taxes.

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

|  | Current | Number of Days Past Due | | | | Total |
|---|---:|---:|---:|---:|---:|---:|
|  |  | 0-30 | 31-60 | 61-90 | Over 90 |  |
| Salaries, Wages and Related Payroll Taxes | $ 452,842.29 | | | | | $ 452,842.29 |
| Other | $ 15,454,384.40 | | | | | $ 15,454,384.40 |
| **Total Postpetition Debts** | **$ 15,907,226.69** | **$ -** | **$ -** | **$ -** | **$ -** | **$ 15,907,226.69** |

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-4
(9/99)

## ACCOUNTS RECEIVABLE AGING

| Accounts Receivable Aging | 0 - 30 Days | 31 - 60 Days | 61 - 90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | $ 18,538,187 | | | | $ 18,538,187 |
| 31 - 60 days old | | $ 41,554 | | | $ 41,554 |
| 61 - 90 days old | | | $ - | | $ - |
| 91+ days old | | | | $ 1,615,308 | $ 1,615,308 |
| Total Accounts Receivable | $ 18,538,187 | $ 41,554 | $ - | $ 1,615,308 | $ 20,195,049 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WHITE ENERGY, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 09-11601 (CSS)<br><br>(Jointly Administered) |

**CERTIFICATION REGARDING TRANSFER OF FEDERAL PAYROLL TAXES**

The undersigned on behalf of the captioned Debtors hereby verifies that for periods covered by the Debtors' Monthly Operating Report filed herewith that the Debtors have transferred all federal payroll taxes to ADP, the Debtors exclusive payroll processor.

The undersigned, being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that the foregoing is accurate and truthful to the best of his knowledge.

Date: December 30, 2009

*/s/ John W. Castle*
John Castle
Chief Financial Officer, Secretary and Treasurer
White Energy, Inc.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: White Energy, Inc. (1083); White Energy Holding Company, LLC (3034); US Energy Partners, L.L.C. (1177); WE Hereford, LLC (9408); and Plainview BioEnergy, LLC (5553). The corporate headquarters for each of the Debtors is 5005 LBJ Freeway, Suite 1400, Dallas, TX 75244.