# **EXHIBIT C**

# **(Financial Projections)**

# FINANCIAL PROJECTIONS

The Financial Projections consist of a statement of operations (the "Income Statement"), a statement of financial position (the "Balance Sheet"), and a cash flow statement (the "Cash Flow Statement") for the calendar years of 2010, 2011 and 2012. The Financial Projections are based on the projected results for the Reorganized Debtors operations at its ethanol and gluten plant in Russell, Kansas and its ethanol plants in Plainview and Hereford, Texas.

THE FINANCIAL PROJECTIONS ARE BASED UPON A NUMBER OF SIGNIFICANT ASSUMPTIONS. ACTUAL OPERATING RESULTS AND VALUES MAY VARY.

As a condition to confirmation of a plan, the Bankruptcy Code requires, among other things, that the Court determine that confirmation is not likely to be followed by the liquidation or the need for further financial reorganization of the debtor. In connection with the development of the Plan, and for purposes of determining whether the Plan satisfies this feasibility standard of the Bankruptcy Code, Debtors' management has, through the development of the Financial Projections, analyzed Debtors' possible future performance and thereby their likely ability to meet obligations under the Plan and to maintain sufficient liquidity and capital resources to conduct business subsequent to emergence from chapter 11. The Financial Projections were also prepared to assist Creditors entitled to vote on the Plan in determining whether to accept or reject the Plan.

The Financial Projections should be read in conjunction with the assumptions and qualifications set forth in the Disclosure Statement and below. The Financial Projections were prepared in good faith based upon assumptions believed to be reasonable. The Financial Projections, which were last updated in December of 2009, were based, in part, on economic, competitive, and general business conditions prevailing at the time. Any future changes in conditions may materially impact Debtors' ability to achieve the Financial Projections.

THE FINANCIAL PROJECTIONS WERE NOT PREPARED WITH A VIEW TOWARDS COMPLYING WITH THE GUIDELINES FOR PROSPECTIVE FINANCIAL STATEMENTS PUBLISHED BY THE AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS. THE DEBTORS' INDEPENDENT PUBLIC ACCOUNTANT HAS NEITHER COMPILED NOR EXAMINED THE FINANCIAL PROJECTIONS OR ANY ACCOMPANYING FINANCIAL INFORMATION TO DETERMINE THE REASONABLENESS THEREOF AND, ACCORDINGLY, HAS NOT EXPRESSED AN OPINION OR ANY OTHER FORM OF ASSURANCE WITH RESPECT THERETO.  THE DEBTORS DO NOT, AS A MATTER OF COURSE, PUBLISH PROJECTIONS OF THEIR ANTICIPATED FINANCIAL POSITION, RESULTS OF OPERATIONS OR CASH FLOWS. ACCORDINGLY, THE DEBTORS DO NOT INTEND TO, AND DISCLAIM ANY OBLIGATION TO (A) FURNISH UPDATED PROJECTIONS TO HOLDERS OF CLAIMS OR EQUITY INTERESTS PRIOR TO THE EFFECTIVE DATE OR TO HOLDERS OF ITS STOCK OR ANY OTHER PARTY AFTER THE EFFECTIVE DATE, (B) INCLUDE SUCH UPDATED INFORMATION IN ANY DOCUMENTS THAT MAY BE REQUIRED TO BE

FILED WITH THE SEC, OR (C) OTHERWISE MAKE SUCH UPDATED INFORMATION PUBLICLY AVAILABLE.

THE FINANCIAL PROJECTIONS PROVIDED IN THIS DISCLOSURE STATEMENT HAVE BEEN PREPARED EXCLUSIVELY BY THE DEBTORS' MANAGEMENT. THESE FINANCIAL PROJECTIONS, WHILE PRESENTED WITH NUMERICAL SPECIFICITY, ARE NECESSARILY BASED ON A VARIETY OF ESTIMATES AND ASSUMPTIONS WHICH, THOUGH CONSIDERED REASONABLE BY THE DEBTORS' MANAGEMENT, MAY NOT BE REALIZED, AND ARE INHERENTLY SUBJECT TO SIGNIFICANT BUSINESS, ECONOMIC AND COMPETITIVE UNCERTAINTIES AND CONTINGENCIES, MANY OF WHICH ARE BEYOND THE DEBTORS' CONTROL. THE DEBTORS CAUTION THAT NO REPRESENTATIONS CAN BE MADE AS TO THE ACCURACY OF THESE FINANCIAL PROJECTIONS OR TO THE DEBTORS' ABILITY TO ACHIEVE THE PROJECTED RESULTS. SOME ASSUMPTIONS INEVITABLY WILL NOT MATERIALIZE. FURTHER, EVENTS AND CIRCUMSTANCES OCCURRING SUBSEQUENT TO THE DATE ON WHICH THESE FINANCIAL PROJECTIONS WERE PREPARED MAY BE DIFFERENT FROM THOSE ASSUMED OR, ALTERNATIVELY, MAY HAVE BEEN UNANTICIPATED AND, THUS, THE OCCURRENCE OF SUCH EVENTS MAY AFFECT FINANCIAL RESULTS IN A MATERIAL AND POSSIBLY ADVERSE MANNER. THE FINANCIAL PROJECTIONS, THEREFORE, MAY NOT BE RELIED UPON AS A GUARANTY OR OTHER ASSURANCE OF THE ACTUAL RESULTS THAT WILL OCCUR.

All holders of Claims that are entitled to vote to accept or reject the Plan are urged to examine carefully all of the assumptions on which the Financial Projections are based in evaluating the Plan.

| WHITE ENERGY CONSOLIDATED INCOME STATEMENT (000's) | 2010 | 2011 | 2012 |
|---|---:|---:|---:|
| **Revenue** | | | |
| Ethanol | $452,618 | $509,458 | $519,599 |
| Distillers' Grain | 95,423 | 110,942 | 113,564 |
| Gluten | 30,448 | 29,720 | 29,720 |
| Other | 4,327 | 4,658 | 4,769 |
| **Total Revenue** | **$582,816** | **$654,778** | **$667,652** |
| **Production Costs** | | | |
| Corn & Sorghum | 392,952 | 456,263 | 465,852 |
| Wheat | 41,606 | 43,712 | 44,397 |
| Natural Gas | 29,132 | 32,511 | 34,289 |
| Other | 53,679 | 56,918 | 57,533 |
| **Total Production Expense** | **$517,369** | **$589,404** | **$602,072** |
| **General and Administrative** | 11,414 | 10,965 | 11,183 |
| **EBITDA** | **$54,033** | **$54,409** | **$54,397** |
| **EBITDA per Gallon** | **$0.22** | **$0.20** | **$0.20** |
| Depreciation | 14,363 | 14,724 | 14,815 |
| **EBIT** | **$39,669** | **$39,685** | **$39,582** |
| Interest expense, net | (7,845) | (7,172) | (4,817) |
| Other Income / (Expense) | (750) | 0 | 0 |
| **EBT** | $31,075 | $32,513 | $34,765 |
| Taxes | $0 | $6,280 | $7,928 |
| **NET INCOME** | $31,075 | $26,233 | $26,837 |

| WHITE ENERGY CONSOLIDATED BALANCE SHEET (000's) | 2010 | 2011 | 2012 |
|---|---:|---:|---:|
| **ASSETS** | | | |
| **Current Assets** | | | |
| Cash and restricted cash | $13,816 | $15,083 | $29,544 |
| Accounts receivables | 20,227 | 23,613 | 27,008 |
| Inventories | 15,727 | 16,563 | 16,885 |
| Deposits held by others | 5,000 | 5,000 | 5,000 |
| Prepaids and other current assets | 880 | 880 | 880 |
|   Total Current Assets | $55,649 | $61,138 | $79,317 |
| **Fixed Assets** | | | |
|   Total Fixed Assets | $107,302 | $95,578 | $83,763 |
| **Other long-term assets** | | | |
| Deferred financing fees, net | 500 | 380 | 260 |
| Debt Service Reserve | 4,806 | 3,671 | 2,260 |
| Other assets | 870 | 870 | 870 |
|   Total other long-term assets | $6,176 | $4,921 | $3,390 |
| **TOTAL ASSETS** | **$169,127** | **$161,638** | **$166,471** |
| **LIABILITIES & SHAREHOLDER EQUITY** | | | |
| **Current Liabilities** | | | |
| Accounts payable | $10,525 | $12,939 | $15,958 |
| Other accrued liabilities | 6,411 | 6,363 | 6,633 |
|   Total Current Liabilities | $16,936 | $19,303 | $22,591 |
| **Long Term Liabilities** | | | |
| Debt | 121,569 | 86,044 | 61,034 |
| Other long-term liabilities | 847 | 282 | 0 |
|   Total Long Term Liabilities | $122,415 | $86,326 | $61,034 |
| **Equity** | | | |
| Retained Earnings | 29,776 | 56,009 | 82,846 |
|   Total Equity | $29,776 | $56,009 | $82,846 |
| **TOTAL LIABILITIES & SHAREHOLDER EQUITY** | **$169,127** | **$161,638** | **$166,471** |

| WHITE ENERGY CONSOLIDATED | Feb-Dec | | |
|---|---|---|---|
| STATEMENT OF CASHFLOW (000's) | 2010 | 2011 | 2012 |
| **OPERATING ACTIVITIES** | | | |
| Net Income | $29,776 | $26,233 | $26,837 |
| Depreciation & Amortization | 13,125 | 14,724 | 14,815 |
| Amortization of loan fees | 0 | 0 | 0 |
| Sources / (Uses) of Cash | | | |
| Accounts Receivable | (4,019) | (3,386) | (3,396) |
| Inventories | (486) | (836) | (322) |
| Change in deposits held by others | (4,228) | 0 | 0 |
| Other asset changes | 4,715 | 0 | 0 |
| Accounts Payable | 7,863 | 2,415 | 3,018 |
| Accrued Interest | 0 | 0 | 0 |
| Other accrued Liabilities | 4,368 | (48) | 270 |
| Related party payable | 0 | 0 | 0 |
| Other Liabilities | (564) | (564) | (282) |
| Cash Provided by / (Used in) Operating Activities | $50,549 | $38,537 | $40,940 |
| | | | |
| **INVESTING ACTIVITIES** | | | |
| Capital Expenditures | ($3,563) | ($3,000) | ($3,000) |
| Debt Service Reserve | (4,805) | 1,135 | 1,411 |
| Cash Provided by / (Used in) Investing Activities | ($8,368) | ($1,865) | ($1,589) |
| | | | |
| **FINANCING ACTIVITIES** | | | |
| Proceeds / (Repayments) Senior Loans | ($43,332) | ($35,524) | ($25,010) |
| Proceeds / (Repayments) Revolver | 0 | 0 | 0 |
| Deferred Financing fees | 100 | 120 | 120 |
| Issuance / (Repurchase) Equity | 0 | 0 | 0 |
| Cash Provided by / (Used in) Financing Activities | ($43,232) | ($35,404) | ($24,890) |
| | | | |
| **Total Cash Provided** | ($1,051) | $1,267 | $14,461 |
| Beginning Cash | 14,866 | 13,816 | 15,083 |
| Ending Cash | $13,816 | $15,083 | $29,544 |

## Assumptions Regarding Financial Projections

The Financial Projections are based on the Plan effective date occurring in February of 2010.

1. REVENUE

The Debtor's operate three ethanol manufacturing facilities and a vital wheat gluten facility. The products created at these facilities include fuel grade ethanol, distillers' grains, food grade vital wheat gluten, and wheat middlings (MIDDS).

In lieu of utilizing forward ethanol values published by the CME Group, the Debtors employ a pricing model to project future ethanol values. The pricing model utilizes a correlation derived from historical corn prices in relationship to historical ethanol values. Although this correlation may increase or decrease over time, the Debtors have determined that it is the best representation currently available.

The financial projections assume that aggregate annual ethanol production capacity is 248 million gallons per year in 2010 and grows to 272 million gallons per year for the remaining years. As a result, distillers' grains production grows proportionally. Pricing for distillers' grains and MIDDS are based on the historic actual values received by the Debtor as a percentage of historic corn values. It is assumed that these historic relationships will continue to be maintained. Gluten production and sales values remain stable over the financial projection period. All values are assumed to be net of logistics and marketing fees.

2. COST OF SALES

Raw material purchases dominate cost of sales. Grain is the largest cost component followed by natural gas. The Debtor uses the CME corn futures and the NYMEX natural gas futures as the cost basis for these commodities in the financial projections. Denaturant costing is assumed to be related to NYMEX RBOB futures. Other cost of sales components such as chemicals and electricity are proportional to ethanol production and are projected based on historic actual costs affected for inflation. Direct labor costs include marginal increases throughout the financial projections.

3. GENERAL AND ADMINISTRATIVE EXPENSE

General and administrative expense includes the cost associated with the Debtors corporate office and the general costs associated with the management of the manufacturing locations. The cost as a percentage of revenue is projected to decline as the production volume increases over the forecast period.

4. EBITDA

For the Financial Projections, EBITDA is defined as earnings before interest expense, income tax provisions, depreciation and amortization, and non-recurring and restructuring expenses.

5. BALANCE SHEET

Working Capital: Projections of certain changes in balance sheet accounts are based on historic relationships within the business. Trade accounts receivable are assumed to range between 13 and 15 days of sales outstanding ("DSO") throughout the financial projections. Physical inventory represents approximately 7 days of production throughout the financial projections. Trade accounts payable outstanding ranges from 11 to 13 days of estimated production cost throughout the financial projections. The projections assume indebtedness of $164.9 million of Secured Notes and a $20.0 million revolving working capital line, which is undrawn at closing.

6. CASH FLOW

The cash flows for 2010 assume an effective date of February 2010 and as such exclude restructuring fees such as emergence costs, forgiveness of debt, bankruptcy professional fees and to the extent it is required, the impact of "fresh start" accounting pursuant to Statement of Position 90-7, Financial Reporting by Entities in Reorganization Under the Bankruptcy Code, as issued by the American Institute of Certified Public Accountants. Capital expenditures are better defined as maintenance capital spending and ranges from $3.0 million to $3.9 million in the financial projections.