## **CERTIFICATE OF SERVICE**

I, Michael J. Custer, hereby certify that on the 12th day of January, 2010, I caused the foregoing Reply Of WestLB AG, New York Branch, As Administrative Agent, To Objections To (1) Disclosure Statement Relating To Chapter 11 Plan Filed By Debtors And WestLB And (2) Other Related Matters to be served by causing a true and correct copy thereof to be served upon the following individuals via electronic mail and in the manner indicated on the attached service list.

                                                /s/Michael J. Custer
                                                Michael J. Custer (DE No. 4843)

| | |
|---|---|
| Richard W. Riley, Esq.<br>Michael R. Lastowski, Esq.<br>Christopher M. Winter, Esq.<br>Duane Morris LLP<br>1100 North Market Street, Ste. 1200<br>Wilmington, DE  19801<br>*mlastowski@duanemorris.com*<br>*rriley@duanemorris.com*<br>*cwinter@duanemorris.com*<br>**VIA HAND DELIVERY** | Henry A. Efroymson, Esq.<br>Ice Miller LLP<br>One American Square, Ste. 2900<br>Indianapolis, Indiana  46282<br>*henry.efroymson@icemiller.com*<br>**VIA FACSIMILE (317) 592-4643** |
| Christopher Ward, Esq.<br>Polsinelli Shughart PC<br>222 Delaware Avenue<br>Suite 1101<br>Wilmington, DE  19801<br>*cward@polsinelli.com*<br>**VIA HAND DELIVERY** | T. Patrick Tinker, Esq.<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Ste. 2207<br>Lockbox 35<br>Wilmington, DE  19801<br>*Thomas.P.Tinker@usdoj.gov*<br>**VIA HAND DELIVERY** |
| D' Layne Pepples<br>Perdue, Brandon, Fielder, Collins & Mott, LLP<br>PO Box 9132<br>Amarillo, TX  79105<br>*dpeeples@pbfcm.com*<br>**VIA FACSIMILE (806) 359-5126** | Michael R. Nestor, Esq.<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE  19801<br>*mnestor@ycst.com*<br>**VIA HAND DELIVERY** |
| Mark A. Broude, Esq.<br>James C. Gorton, Esq.<br>Jude M. Gorman, Esq.<br>Joseph S. Fabiani, Esq.<br>Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY  10022<br>*mark.broude@lw.com*<br>*james.gorton@lw.com*<br>*jude.gorman@lw.com*<br>*joseph.fabiani@lw.com*<br>**VIA FACSIMILE. (212) 751-4864** | Bruce S. Nathan, Esq.<br>Joseph Becht, Esq.<br>Lowenstein Sandler PC<br>1251 Avenue of the Americas<br>18th Floor<br>New York, NY  10020<br>*bnathan@lowenstein.com*<br>*jbecht@lowenstein.com*<br>**VIA FACSIMILE (973) 597-6167**973.597.6167 |

| | |
|---|---|
| Christopher Wu, Esq.<br>Gary Bernhardy, Esq.<br>C. Scott Chabina, Esq.<br>Carl Marks Advisory Group LLC<br>900 Third Avenue, 33rd Floor<br>New York, NY 10022<br>*cwu@carlmarks.com*<br>*gbernhardy@carlmarks.com*<br>*schabina@carlmarks.com*<br>**VIA FACSIMILE (908) 781-6210** | Bruce D. Buechler, Esq.<br>Lowenstein Sandler PC<br>65 Livingston Avenue<br>Roseland, New Jersey 07068-1791<br>*bbuechler@lowenstein.com*<br>**VIA FACSIMILE (973) 597-2309** |