D'Layne Peeples
PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.
P.O. Box 9132
Amarillo, Texas 79105
(806) 359-3188
(806) 359-5126 FAX

## UNITED STATED BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| White Energy, Inc. et al | § | Cause No. 09-11601 |
| | § | |
| Debtor/s | § | Chapter 11 |

## WITHDRAWAL OF OBJECTION TO DISCLOSURE STATEMENT RELATING TO THE CHAPTER 11 PLAN OF REORGANIZATION FOR WHITE ENERGY, INC. AND ITS AFFILIATED DEBTORS FILED BY THE DEBTORS AND WESTLB AG, NEW YORK BRANCH, AS ADMINISTRATIVE AGENT FILED BY DEAF SMITH COUNTY APPRAISAL DISTRICT & HALE COUNTY APPRAISAL DISTRICT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Deaf Smith County Appraisal District and Hale County Appraisal District (hereinafter referred to as (Taxing Entities"), Creditors, and do file this Withdrawal of Objection to Disclosure Statement Relating to the Chapter 11 Plan of Reorganization for White Energy, Inc. and it's Affiliated Debtors Filed by the Debtors and WestLB AG, New York Branch, as Administrative Agent filed by Deaf Smith County Appraisal District and Hale County Appraisal District, based upon representations by Debtor's attorney that Taxing Entities reserve the right to raise their objection to confirmation at the appropriate time.

Respectfully submitted,


By: /s/D'Layne Peeples
D'Layne Peeples, #00792988

## <u>CERTIFICATE OF SERVICE</u>

      The undersigned hereby certifies that a true and correct copy of the foregoing document had been mailed on this 13th day of January, 2009 to the following by those who are set up to receive electronic notification and first class mail to the following:

By: <u>D'Layne Peeples</u><br>
D'Layne Peeples

Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801

Michael R. Lastowski
Christopher M. Winter
Ice Miller LLP
One American Square, Suite 2900
Indianapolis, Indiana  46282
Attention: Henry A Efroymson

WestLB Ag, New York Branch
c/o Kaye Scholer LLP
Attn: Madlyn Gleich Primoff
425 Park Avenue
New York, NY  10022

Pepper Hamilton LLP
Attention: David B. Stratton
1313 N Market Street
Wilmington, DE  19801

Lowenstein Sandler PC
Attn: Bruch Buechler
65 Livingston Avenue
Roseland, New Jersey  07068

Polsinelli Shughart PC
Attn: Christopher Ward
222 Delaware Ave. Suite 1101
Wilmington, DE  19801

US Trustee
District of Delaware
Attn: T. Patrick Tinker
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE  19801