## EXHIBIT A

a. The seventh decretal paragraph of the Columbus Nova Proposed Order should be modified such that the words "as modified herein" are inserted after the words "are hereby approved"; and

b. Subparagraphs a., b., c. and d. of the thirteenth decretal paragraph of the Columbus Nova Proposed Order should be deleted and the following substituted in their place and instead read:

"a.     If (i) an objection to a Claim is pending on the Record Date, (ii) the Proof of Claim for such Claim was filed (w) after the applicable Bar Date, (y) states that such Claim is wholly contingent as to amount of liability, and/or (z) such Claim was scheduled on the Debtors' Schedules as "disputed," "contingent," "unliquidated," or in an amount less than the amount asserted by such proof of claim or (iii) no Proof of Claim for such Claim was filed and such Claim was listed in the Debtors' Schedules as "disputed," "contingent," "unliquidated," in an unknown amount or in the amount of $0, the holder of such Claim shall not be entitled to vote such Claim unless, prior to the Voting Deadline: (i) an order is entered by this Court temporarily allowing such Claim for voting purposes pursuant to Bankruptcy Rule 3018(a), after notice and a hearing; (ii) a stipulation or other agreement is executed between the holder of such Claim and Columbus Nova or the Debtors resolving such objection and allowing the holder to vote such Claim in an agreed upon amount; or (iii) the pending objection to such Claim is voluntarily withdrawn by the Debtors, unless another objection to such claim is then pending ((i)-

(iii) each, a "Resolution Event"). Columbus Nova requests that the Court establish a deadline of no later than **[February 18, 2010]** *[motion deadline consistent with period to file such a motion under Proponents' Plan]*, at 4:00 p.m. (prevailing Eastern Time), for holders of Claims affected by this subparagraph a. to file (and serve on counsel for Columbus Nova, the Debtors, the Agent, the Creditors Committee and the United States Trustee) a motion pursuant to Bankruptcy Rule 3018 with this Court for the temporary allowance of his, her or its Claim for Voting Purposes. Columbus Nova further requests that the Court set a hearing to consider any motion brought under this subsection.

b. No later than two (2) business days after a Resolution Event, the Solicitation and Tabulation Agent shall distribute a Ballot to the relevant holder, which must be completed and returned to the Solicitation and Tabulation Agent by no later than the Voting Deadline, unless such deadline is extended by Columbus Nova or the Court to facilitate a reasonable opportunity for such holder to vote for or against the Plan after the occurrence of a Resolution Event.

c. If an objection to a Claim is filed after the Record Date but before the Confirmation Hearing, the Ballot, if any, of the holder of such Claim shall be counted, for voting purposes only, in the amount of such Claim as scheduled, or if a proof of claim was filed, in the amount of the Claim as set forth on such proof of claim."

; and

c. The nineteenth decretal paragraph of the Columbus Nova Proposed Order should be modified such that the "February 13" is replaced with ["**March 15, 2010**"] [*voting deadline consistent with voting deadline under Proponents' Plan* ]; and

d. Subparagraph q. of the twenty-eighth decretal paragraph should be deleted in its entirety and the following substituted in its place and instead read: "q. Intentionally Omitted"