# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WHITE ENERGY, INC., *et al.*,[1] | Case No. 09-11601 (CSS) |
| | Jointly Administered |
| Debtors. | Ref. Docket No. 459 and 460 |

## NOTICE OF WITHDRAWAL OF DOCKET NUMBERS 459 AND 460

Please take notice that Columbus Nova Ethanol Holdings LLC ("Columbus Nova") hereby withdraws (A) the Disclosure Statement Relating to the Amended Chapter 11 Plan of Reorganization for White Energy and Its Affiliated Debtors Filed by Columbus Nova Ethanol Holdings LLC as Equity Sponsor [Docket No. 459] and (B) the Motion for Order (I) Approving The Disclosure Statement Relating to the Chapter 11 Plan of Reorganization For White Energy, Inc. and its Affiliated Debtors Filed by Columbus Nova Ethanol Holdings LLC; (II) Approving Form of Ballot and Proposed Solicitation, Voting and Tabulation Procedures for the Plan and Confirmation Process; (III) Approving the Solicitation Packages and Prescribing the Form and Manner of Notice and Distribution Thereof; and (IV) Scheduling a Hearing on Plan Confirmation [Docket No 460].

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: White Energy, Inc. (1083); White Energy Holding Company, LLC (3034); US Energy Partners, L.L.C. (1177); WE Hereford, LLC (9408); and Plainview BioEnergy, LLC (5553). The corporate headquarters for each of the Debtors is 5005 LBJ Freeway, Suite 1400, Dallas, TX 75244.

Dated: February 5, 2010  
      Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Michael R. Nestor*  
Michael R. Nestor (No. 3526)  
The Brandywine Building  
1000 West Street, 17th Floor  
Wilmington, Delaware 19801  
Direct Dial: 302-571-6699  
Direct Fax: 302-576-3321

    and

LATHAM & WATKINS LLP  
Mark A. Broude  
James C. Gorton  
885 Third Avenue  
New York, New York 10022  
Telephone: (212) 906-1200  
Facsimile: (212) 751-4864

Attorneys for Columbus Nova