IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WHITE ENERGY, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 09-11601 (CSS)<br><br>(Jointly Administered)<br><br>Regarding Docket Nos. 414 and 507 |

**NOTICE OF SECOND EXTENSION OF
(I) SECOND AMENDED FINAL ORDER (A) AUTHORIZING DEBTORS TO USE
CASH COLLATERAL AND (B) GRANTING ADEQUATE PROTECTION TO THE
DEBTORS' PREPETITION SECURED PARTIES, AND (II) AUTHORIZATION TO
USE CASH COLLATERAL PURSUANT THERETO**

Please take notice that the *Second Amended Final Order (A) Authorizing Debtors to Use Cash Collateral, and (B) Granting Adequate Protection to the Debtors' Prepetition Secured Parties* (Docket No. 414) (the "Amended Final Order") has been extended to and through March 4, 2010. Pursuant to the authority set forth in numbered paragraph 7 of the Amended Final Order, the Amended Final Order may be extended by the written consent of WestLB AG, New York Branch, as administrative agent (the "Agent"), and the Official Committee of Unsecured Creditors (the "Committee"). Attached hereto as Exhibit A is a stipulation (the "Stipulation") by and among the above captioned debtors (the "Debtors"), the Agent, and the Committee, pursuant to which the Debtors, the Agent and the Committee consent to the extension of the Amended Final Order and the Debtors' use of cash collateral pursuant to the Amended Final Order. A Budget (as defined in the Amended Final Order) is attached to the Stipulation.

Dated: February 8, 2010
      Wilmington, Delaware

DUANE MORRIS LLP
*/s/ Christopher M. Winter*
_____
Michael R. Lastowski (No. 3892)
Christopher M. Winter (No. 4163)
1100 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 657-4900
Facsimile: (302) 657-4901
E-mail:   mlastowski@duanemorris.com
              cmwinter@duanemorris.com

*Counsel for the Debtors and
Debtors-in-Possession*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: White Energy, Inc. (1083); White Energy Holding Company, LLC (3034); US Energy Partners, LLC (1177); WE Hereford, LLC (9408); and Plainview BioEnergy, LLC (5553). The corporate headquarters for each of the Debtors is 5005 LBJ Freeway, Suite 1400, Dallas, TX 75244.

DM3\1266748.1