**Exhibit A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> WHITE ENERGY, INC., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 09-11601 (CSS) <br><br> Jointly Administered <br><br> **Re: Docket No. 414 and 507** |

## SECOND STIPULATION PROVIDING FOR CONSENT TO EXTENSION OF SECOND AMENDED FINAL ORDER (A) AUTHORIZING DEBTORS TO USE CASH COLLATERAL AND (B) GRANTING ADEQUATE PROTECTION TO THE DEBTORS' PREPETITION SECURED PARTIES, AND USE OF CASH COLLATERAL PURSUANT THERETO

The above-captioned debtors and debtors in possession (the "Debtors"), WestLB AG, New York Branch, as administrative agent (the "Agent") for the Debtors' prepetition lenders, and the Official Committee of Unsecured Creditors (the "Parties") hereby consent and agree, pursuant to the authority set forth in numbered paragraph 7 of the *Second Amended Final Order (A) Authorizing Debtors to Use Cash Collateral and (B) Granting Adequate Protection to the Debtors' Prepetition Secured Parties* (Docket No. 414) (the "Second Amended Final Order"), to the extension to and through March 4, 2010, of the Second Amended Final Order and the Debtors' authorization to use cash collateral pursuant to the Second Amended Final Order, subject to all of the terms and conditions set forth in the Second Amended Final Order and in accordance with the budget annexed hereto.

**WHEREFORE**, each of the Parties intending to be legally bound has caused it duly authorized counsel to execute this Stipulation on its behalf as of February 8, 2010.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: White Energy, Inc. (1083); White Energy Holding Company, LLC (3034); US Energy Partners, L.L.C. (1177); WE Hereford, LLC (9408); and Plainview BioEnergy, LLC (5553). The corporate headquarters for each of the Debtors is 5005 LBJ Freeway, Suite 1400, Dallas, TX 75244.

**WESTLB AG, NEW YORK BRANCH,
AS ADMINISTRATIVE AGENT**

By: /s/ David B. Stratton
David B. Stratton
Pepper Hamilton LLP
1313 N. Market Street
Wilmington, Delaware 19801
Telephone: (302) 777-6566
Email: strattond@pepperlaw.com

and

Madlyn Gleich Primoff
Kaye Scholer LLP
425 Park Avenue
New York, New York 10022
Telephone: 212-836-7042
mprimoff@kayescholer.com

*Counsel to WestLB AG, New York Branch, as
administrative agent for the Prepetition Lenders*

**WHITE ENERGY, INC., et al.,
DEBTORS IN POSSESSION**

By: /s/
Michael R. Lastowski (No. 3892)
Richard W. Riley (No. 4052)
Christopher M. Winter (No. 4163)
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 657-4900
Facsimile: (302) 657-4901
E-mail: mlastowski@duanemorris.com
rwriley@duanemorris.com
cmwinter@duanemorris.com

*Counsel to White Energy, Inc., White Energy
Holding Company, LLC, US Energy Partners, LLC,
WE Hereford, LLC and Plainview BioEnergy, LLC*

**OFFICIAL COMMITTEE
OF UNSECURED CREDITORS**

By: /s/
Christopher A. Ward
Justin Edelson
Polsinelli Shughart PC
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0922
cward@polsinelli.com

and

Bruce Buechler
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, New Jersey 07068
Telephone: (973) 597 2308
bbuechler@lowenstein.com

*Counsel to Official Committee
of Unsecured Creditors*

| CASH FORECAST - 2/1/2010 WHITE ENERGY | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 2/1/2010 - 2/5/2010 | 2/8/2010 - 2/12/2010 | 2/15/2010 - 2/19/2010 | 2/22/2010 - 2/26/2010 | 3/1/2010 - 3/5/2010 | 3/8/2010 - 3/12/2010 | 3/15/2010 - 3/19/2010 | 3/22/2010 - 3/26/2010 | 3/29/2010 - 4/2/2010 |
| **Opening balance** | 37,241,582.52 | 33,829,152.66 | 26,630,754.13 | 28,156,472.72 | 31,229,830.58 | 28,733,426.69 | 28,987,211.42 | 30,988,430.28 | 35,571,020.53 |
| Total inflows from operations | 7,520,867.80 | 4,819,189.15 | 11,438,938.48 | 13,870,720.45 | 7,188,625.26 | 9,266,148.27 | 11,778,893.79 | 13,854,473.79 | 7,148,160.27 |
| Total other cash inflows | - | - | - | - | - | - | - | - | - |
| Cash outflows from operations | | | | | | | | | |
| Prod chem/R&M/profsnl fees / corp. | (650,000.00) | (1,268,245.19) | (1,094,122.60) | (734,122.60) | (730,336.54) | (730,336.54) | (730,336.54) | (730,336.54) | (743,882.21) |
| Grain payments | (7,735,446.00) | (8,020,440.00) | (7,720,440.00) | (7,700,440.00) | (7,645,741.00) | (7,617,547.00) | (7,617,547.00) | (7,617,547.00) | (7,497,547.00) |
| Payroll and benefits | (30,000.00) | (385,000.00) | (187,000.00) | (399,000.00) | (30,000.00) | (385,000.00) | (187,000.00) | (424,000.00) | (30,000.00) |
| Insurance | - | - | (100,943.00) | - | - | - | (100,943.00) | - | - |
| Utilities | (438,900.00) | (1,486,314.29) | (785,714.29) | (1,463,800.00) | (206,451.61) | (279,480.00) | (1,141,848.39) | (500,000.00) | (1,398,200.00) |
| Tax payments | (1,851,934.35) | - | - | - | - | - | - | - | - |
| Total outflows from operations | (10,706,280.35) | (11,159,999.48) | (9,888,219.88) | (10,297,362.60) | (8,612,529.15) | (9,012,363.54) | (9,777,674.93) | (9,271,883.54) | (9,669,629.21) |
| Total cash outflows - transfers | - | - | - | - | - | - | - | - | - |
| Net cash flows from operations, transfers and other cash inflows | (3,185,412.55) | (6,340,810.33) | 1,550,718.59 | 3,573,357.85 | (1,423,903.89) | 253,784.73 | 2,001,218.86 | 4,582,590.25 | (2,521,468.94) |
| Restructuring cash flows | | | | | | | | | |
| Cash release from trustee - inflow | - | - | - | - | - | - | - | - | - |
| Restructuring payments | | | | | | | | | |
| Debtor professionals | - | (408,148.06) | - | - | (290,000.00) | - | - | - | - |
| Lenders Attorneys and consultants | (182,364.12) | (227,000.00) | - | - | (612,000.00) | - | - | - | - |
| Adequate protection payments | - | - | - | (500,000.00) | - | - | - | - | (500,000.00) |
| Creditor committee professionals | (44,653.19) | (201,558.57) | - | - | (135,500.00) | - | - | - | - |
| Ballot/claims agent | - | (20,881.57) | (25,000.00) | - | (35,000.00) | - | - | - | - |
| US trustee | - | - | - | - | - | - | - | - | - |
| Indenture trustee counsel | - | - | - | - | - | - | - | - | - |
| Other / miscellaneous | - | - | - | - | - | - | - | - | - |
| Total restructuring payments - outflow | (227,017.31) | (857,588.20) | (25,000.00) | (500,000.00) | (1,072,500.00) | - | - | - | (500,000.00) |
| Net cash flows from restructuring | (227,017.31) | (857,588.20) | (25,000.00) | (500,000.00) | (1,072,500.00) | - | - | - | (500,000.00) |
| **WHITE ENERGY HOLDING COMPANY, LLC - UNRESTRICTED FUNDS** | 33,829,152.66 | 26,630,754.13 | 28,156,472.72 | 31,229,830.58 | 28,733,426.69 | 28,987,211.42 | 30,988,430.28 | 35,571,020.53 | 32,549,551.59 |
| | | | | | | | | | |
| **WHITE ENERGY INC. - UNRESTRICTED FUNDS** | - | - | - | - | - | - | - | - | - |
| **WHITE ENERGY UNRESTRICTED FUNDS** | 33,829,152.66 | 26,630,754.13 | 28,156,472.72 | 31,229,830.58 | 28,733,426.69 | 28,987,211.42 | 30,988,430.28 | 35,571,020.53 | 32,549,551.59 |
| **HEDGE ACCOUNTS** | 858,881.56 | 858,881.56 | 858,881.56 | 858,881.56 | 858,881.56 | 858,881.56 | 858,881.56 | 858,881.56 | 858,881.56 |
| **DEBT SERVICE RESERVE BALANCE** | 706.31 | 706.31 | 706.31 | 706.31 | 706.31 | 706.31 | 706.31 | 706.31 | 706.31 |
| **UTILITY DEPOSIT ACCOUNT BALANCE** | 181,379.34 | 181,379.34 | 181,379.34 | 181,379.34 | 181,379.34 | 181,379.34 | 181,379.34 | 181,379.34 | 181,379.34 |
| **TOTAL WHITE ENERGY FUNDS** | 34,870,119.87 | 27,671,721.34 | 29,197,439.93 | 32,270,797.79 | 29,774,393.90 | 30,028,178.63 | 32,029,397.49 | 36,611,987.74 | 33,590,518.80 |

| CASH FORECAST - 2/1/2010<br>WHITE ENERGY | | | | | |
|---|---|---|---|---|---|
| | 4/5/2010 - 4/9/2010 | 4/12/2010 - 4/16/2010 | 4/19/2010 - 4/23/2010 | 4/26/2010 - 4/30/2010 | 5/3/2010 - 5/7/2010 |
| Opening balance | 32,549,551.59 | 29,619,275.38 | 34,313,591.17 | 36,726,303.96 | 34,189,982.41 |
| Total inflows from operations | 7,140,803.00 | 14,308,955.00 | 11,766,095.00 | 7,140,803.00 | 9,508,703.00 |
| Total other cash inflows | - | - | - | - | - |
| Cash outflows from operations | | | | | |
| Prod chem/R&M/profsnl fees / corp. | (743,882.21) | (743,882.21) | (743,882.21) | (743,882.21) | (745,552.88) |
| Grain payments | (7,469,697.00) | (7,466,557.00) | (7,466,557.00) | (7,466,557.00) | (7,466,557.00) |
| Payroll and benefits | (385,000.00) | (30,000.00) | (542,000.00) | (30,000.00) | (385,000.00) |
| Insurance | - | - | (100,943.00) | - | - |
| Utilities | - | (1,374,200.00) | (500,000.00) | (1,436,685.33) | - |
| Tax payments | - | - | - | - | - |
| Total outflows from operations | (8,598,579.21) | (9,614,639.21) | (9,353,382.21) | (9,677,124.54) | (8,597,109.88) |
| Total cash outflows - transfers | - | - | - | - | - |
| Net cash flows from operations, transfers and other cash inflows | (1,457,776.21) | 4,694,315.79 | 2,412,712.79 | (2,536,321.54) | 911,593.12 |
| Restructuring cash flows | | | | | |
| Cash release from trustee - inflow | - | - | - | - | - |
| Restructuring payments | | | | | |
| Debtor professionals | (290,000.00) | - | - | - | - |
| Lenders Attorneys and consultants | (1,012,000.00) | - | - | - | (612,000.00) |
| Adequate protection payments | - | - | - | - | - |
| Creditor committee professionals | (135,500.00) | - | - | - | (135,500.00) |
| Ballot/claims agent | (35,000.00) | - | - | - | - |
| US trustee | - | - | - | - | - |
| Indenture trustee counsel | - | - | - | - | - |
| Other / miscellaneous | - | - | - | - | - |
| Total restructuring payments - outflow | (1,472,500.00) | - | - | - | (747,500.00) |
| Net cash flows from restructuring | (1,472,500.00) | - | - | - | (747,500.00) |
| **WHITE ENERGY HOLDING COMPANY, LLC - UNRESTRICTED FUNDS** | 29,619,275.38 | 34,313,591.17 | 36,726,303.96 | 34,189,982.41 | 34,354,075.53 |
| **WHITE ENERGY INC. - UNRESTRICTED FUNDS** | - | - | - | - | - |
| **WHITE ENERGY UNRESTRICTED FUNDS** | 29,619,275.38 | 34,313,591.17 | 36,726,303.96 | 34,189,982.41 | 34,354,075.53 |
| **HEDGE ACCOUNTS** | 858,881.56 | 858,881.56 | 858,881.56 | 858,881.56 | 858,881.56 |
| **DEBT SERVICE RESERVE BALANCE** | 706.31 | 706.31 | 706.31 | 706.31 | 706.31 |
| **UTILITY DEPOSIT ACCOUNT BALANCE** | 181,379.34 | 181,379.34 | 181,379.34 | 181,379.34 | 181,379.34 |
| **TOTAL WHITE ENERGY FUNDS** | 30,660,242.59 | 35,354,558.38 | 37,767,271.17 | 35,230,949.62 | 35,395,042.74 |