# EXHIBIT B

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | CHAPTER 11 |
| WHITE ENERGY, INC., *et al.*,[1] | Case No. 09-11601 (CSS) |
| Debtors, | (Jointly Administered) |
| | Related Docket No. _____ |

## ORDER

IT IS HEREBY ORDERED that the *Stipulation By And Among The Debtors, WestLB AG, New York Branch, As Lender And Administrative Agent And Fagen, Inc. Granting Fagen, Inc. the Ability to Vote* dated February 12, 2010 is approved.

Dated: Wilmington, Delaware
February _____, 2010

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: White Energy, Inc. (1083); White Energy Holding Company, LLC (3034); US Energy Partners, L.L.C. (1177); WE Hereford, LLC (9408); and Plainview BioEnergy, LLC (5553). The corporate headquarters for each of the Debtors is 5005 LBJ Freeway, Suite 1400, Dallas, TX 75244.

31930655