## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) CHAPTER 11 |
| WHITE ENERGY, INC., *et al.*,[1] | ) Case No. 09-11601 (CSS) |
| Debtors, | ) (Jointly Administered) |
| | ) Related Docket No. 488 |

## PLAN SUPPLEMENT TO THE
## AMENDED CHAPTER 11 PLAN OF REORGANIZATION

**PLEASE TAKE NOTICE** that this Plan Supplement is being filed by WestLB AG, New York Branch, as Administrative Agent pursuant to, in support of, and in connection with confirmation of the **Amended Chapter 11 Plan of Reorganization** (Docket No. 488), dated January 12, 2010.

Dated: February 18, 2010
       Wilmington, Delaware      /s/ Evelyn J. Meltzer
                                       David B. Stratton (DE No. 960)
                                       Evelyn J. Meltzer (DE No. 4581)
                                       John H. Schanne II (DE No. 5260)
                                       PEPPER HAMILTON LLP
                                       Hercules Plaza, Suite 5100
                                       1313 N. Market Street
                                       P.O. Box 1709
                                       Wilmington, Delaware 19899
                                       (302) 777-6500

                                       and

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: White Energy, Inc. (1083); White Energy Holding Company, LLC (3034); US Energy Partners, L.L.C. (1177); WE Hereford, LLC (9408); and Plainview BioEnergy, LLC (5553). The corporate headquarters for each of the Debtors is 5005 LBJ Freeway, Suite 1400, Dallas, TX 75244.

#12149493 v2

Madlyn Gleich Primoff (MP 1701)
KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022
(212) 836-8000

*Co-Counsel for WestLB AG, New York Branch, as*
*Administrative Agent for the First Lien Lenders*

# INDEX

| | |
|---|---|
| **EXHIBIT A** | Senior Secured Exit Financing Facility Agreement |
| **EXHIBIT B** | Senior Subordinated Term Facility Agreement |
| **EXHIBIT C** | Collateral Agency and Security Deposit Agreement |
| **EXHIBIT D** | Subordination and Intercreditor Agreement |
| **EXHIBIT E** | Stock Option Agreement |
| **EXHIBIT F** | Long-Term Incentive Plan |
| **EXHIBIT G** | John Castle Employment Agreement |
| **EXHIBIT H** | Third Amended and Restated Certificate of Incorporation of White Energy, Inc. |
| **EXHIBIT I** | Amended and Restated By-Laws of White Energy, Inc. |
| **EXHIBIT J** | Schedule of Assumed Executory Contracts |
| **EXHIBIT K** | Identities of the Initial Members of the Board of Directors of Reorganized White Energy, Inc. |
| **EXHIBIT L** | The Identity of the Initial Officer and Insider of the Reorganized Debtors (Insider compensation terms filed as Exhibit G) |