# EXHIBIT I

AMENDED AND RESTATED BY-LAWS

OF

WHITE ENERGY, INC.

1. <u>MEETINGS OF STOCKHOLDERS</u>.

    1.1 <u>Annual Meeting</u>. The annual meeting of stockholders shall be held on such date and at such time as shall be designated from time to time by the board of directors of the corporation (the "Board"); provided that the first annual meeting shall occur in June 2011.

    1.2 <u>Special Meetings</u>. Special meetings of the stockholders may be called by resolution of the Board and shall be called by the secretary upon the written request (stating the purpose or purposes of the meeting) of a majority of the directors then in office or of the holders of a majority of the outstanding shares entitled to vote. Only business related to the purposes set forth in the notice of the meeting may be transacted at a special meeting.

    1.3 <u>Place and Time of Meetings</u>. Meetings of the stockholders may be held in or outside the State of Delaware at the place and time specified by the Board or the directors or stockholders requesting the meeting. The Board may, in its sole discretion, determine that the meeting shall not be held at any place, but may instead be held solely by means of remote communication, subject to such guidelines and procedures as the Board may adopt. Subject to such guidelines and procedures adopted by the Board, the stockholders and proxyholders not physically present at the meeting of stockholders may, by means of remote communication (a) participate in a meeting of stockholders and (b) be deemed present in person and vote at a meeting of stockholders whether such meeting is to be held at a designated place or solely by means of remote communication, provided that (i) the corporation shall implement reasonable measures to verify that each person deemed present and permitted to vote at the meeting by means of remote communications is a stockholder or proxyholder, (ii) the corporation shall implement reasonable measures to provide such stockholders and proxyholders a reasonable opportunity to participate in the meeting and to vote on matters submitted to the stockholders, including an opportunity to read or hear the proceedings of the meeting substantially concurrently with such proceedings, and (iii) if any stockholder or proxyholder votes or takes other action at the meeting by means of remote communication, a record of such vote or other action shall be maintained by the corporation.

    1.4 <u>Notice of Meetings; Waiver of Notice</u>. Written notice of each meeting of stockholders shall be given to each stockholder entitled to vote at the meeting, except that (a) it shall not be necessary to give notice to any stockholder who submits a signed waiver of notice before or after the meeting, and (b) no notice of an adjourned meeting need be given except when required under Section 1.5 of these by-laws or by law. Each notice of a meeting shall be given, personally or by mail, not less than ten (10) nor more than sixty (60) days before the meeting and shall state the time and place, if any, of the meeting, the means of remote communication, if any, by which stockholders and proxy holders may be deemed to be present in person and vote at such meeting, and unless it is the annual meeting, shall state at whose direction or request the meeting is called and the purposes for which it is called. If mailed,

notice shall be considered given when mailed to a stockholder at his address on the corporation's records.  The attendance of any stockholder at a meeting, without protesting at the beginning of the meeting that the meeting is not lawfully called or convened, shall constitute a waiver of notice by him.

       1.5     <u>Quorum</u>.  At any meeting of stockholders, the presence in person or by proxy of the holders of a majority of the shares entitled to vote shall constitute a quorum for the transaction of any business.  In the absence of a quorum a majority in voting interest of those present or, if no stockholders are present, any officer entitled to preside at or to act as secretary of the meeting, may adjourn the meeting until a quorum is present.  At any adjourned meeting at which a quorum is present any action may be taken which might have been taken at the meeting as originally called.  No notice of an adjourned meeting need be given if the time and place, if any, thereof, and the means of remote communications, if any, by which stockholders and proxyholders may be deemed to be present in person and vote at such adjourned meeting, are announced at the meeting at which the adjournment is taken except that, if adjournment is for more than thirty (30) days or if, after the adjournment, a new record date is fixed for the meeting, notice of the adjourned meeting shall be given pursuant to Section 1.4.

       1.6     <u>Voting; Proxies</u>.  Each stockholder of record shall be entitled to one vote for every share registered in his name**.**  Corporate action to be taken by stockholder vote shall be authorized by a majority of the votes cast at a meeting of stockholders, except as otherwise provided by law or by Section 1.8 of these by-laws.  Directors shall be elected in the manner provided in Section 2.1 of these by-laws.  Voting need not be by ballot unless requested by a stockholder at the meeting or ordered by the chairman of the meeting.  If authorized by the Board, the requirement for a written ballot may be satisfied by a ballot submitted by electronic transmission, provided that any such electronic transmission must either set forth or be submitted with information from which it can be determined that the electronic transmission was authorized by the stockholder or proxyholder.  Each stockholder entitled to vote at any meeting of stockholders or to express consent to or dissent from corporate action in writing without a meeting may authorize another person to act for him by proxy.  Every proxy must be signed by the stockholder or his attorney-in-fact.  No proxy shall be valid after three (3) years from its date unless it provides otherwise.

       1.7     <u>List of Stockholders</u>.  Not less than ten (10) days prior to the date of any meeting of stockholders, the secretary of the corporation shall prepare a complete list of stockholders entitled to vote at the meeting, arranged in alphabetical order and showing the address of each stockholder and the number of shares registered in his name.  For a period of not less than ten (10) days prior to the meeting, the list shall be available for inspection by any stockholder for any purpose germane to the meeting (a) during normal business hours at the principal executive offices of the corporation or (b) on a reasonably accessible electronic network, provided that the information required to gain access to such list is provided with the notice of the meeting.  The corporation shall not be required to include electronic mail addresses or other electronic contact information on such list.  If the meeting is to be held at a place, then the list shall also be available for inspection by stockholders at the time and place of the meeting.  If the meeting is to be held solely by means of remote communication, then the list shall also be open to the examination of any stockholder during the whole time of the meeting on a reasonably accessible

electronic network, and the information required to access such list shall be provided with the notice of the meeting.

1.8     Action by Consent Without a Meeting.  Any action required or permitted to be taken at any meeting of stockholders may be taken without a meeting, without prior notice and without a vote, if a consent in writing, setting forth the action so taken, shall be signed by the holders of outstanding stock having not less than the minimum number of votes that would be necessary to authorize or take such action at a meeting at which all shares entitled to vote thereon were present and voting.  Prompt notice of the taking of any such action shall be given to those stockholders who did not consent in writing.  An electronic transmission consenting to an action to be taken and transmitted by a stockholder or proxyholder, or by a person or persons authorized to act for a stockholder or proxyholder, shall be deemed to be written, signed and dated for the purposes of these by-laws, provided that any such electronic transmission sets forth or is delivered with information from which the corporation can determine (a) that the electronic transmission was transmitted by the stockholder or proxyholder or by a person or persons authorized to act for the stockholder or proxyholder and (b) the date on which such stockholder or proxyholder or authorized person or persons transmitted such electronic transmission.  The date on which such electronic transmission is transmitted shall be deemed to be the date on which such consent was signed.  No consent given by electronic transmission shall be deemed to have been delivered until such consent is reproduced in paper form and until such paper form shall be delivered to the corporation by delivery to its registered office, its principal place of business or an officer or agent of the corporation having custody of the book(s) in which proceedings of meetings of stockholders are recorded.  Delivery made to a corporation's registered office shall be made by hand or by certified or registered mail, return receipt required.  Notwithstanding the foregoing limitations on delivery, consents given by electronic transmission may be otherwise delivered to the principal place of business or the corporation or to an officer or agent of the corporation having custody of the book(s) in which proceedings of meetings of stockholders are recorded if, to the extent and in the manner provided by resolution of the Board or a committee thereof.

2.     BOARD OF DIRECTORS.

2.1     Number, Qualification, Election and Term of Directors.  The business of the corporation shall be managed by the Board, which shall initially consist of five (5) directors.  The number of directors may be changed by resolution of a majority of the Board or by the stockholders, but no decrease may shorten the term of any incumbent director.  The Board shall be divided into two classes to be designated as Class I and Class II.  The number of directorships shall be apportioned between the classes so as to maintain the classes as nearly equal in number as possible.  The terms of office of the classes of directors so designated by the Board shall expire at the times of the annual meetings of the stockholders as follows:  Class I on the first annual meeting of stockholders following the date of adoption of these Amended and Restated By-Laws (the "Adoption Date") and Class II on the second annual meeting following the Adoption Date.  The directors chosen to succeed those whose terms are expiring at such annual meetings and thereafter shall be identified as being of the same class as the directors whom they succeed, and shall be elected for a term ending at the time of the second succeeding annual meeting of stockholders following their election, or with each director to hold office until, in

each case, their respective successors are elected and qualified. Directors shall be elected at each annual meeting of stockholders by a plurality of the votes cast.

2.2 <u>Quorum and Manner of Acting</u>. A majority of the directors then in office shall constitute a quorum for the transaction of business at any meeting, except as provided in Section 2.11 of these by-laws. Action of the Board shall be authorized by the vote of a majority of the directors present at the time of the vote if there is a quorum unless otherwise provided by law or these by-laws. In the absence of a quorum a majority of the directors present may adjourn any meeting from time to time until a quorum is present. Notwithstanding the foregoing, any action permitted or required to be authorized by the Board may instead be authorized by a vote or action of the stockholders in the manner set forth in Section 1 of these by-laws.

2.3 <u>Place of Meetings</u>. Meetings of the Board may be held in or outside the State of Delaware.

2.4 <u>Annual and Regular Meetings</u>. Annual meetings of the Board, for the election of officers and consideration of other matters, shall be held either (a) without notice immediately after the annual meeting of stockholders and at the same place, or (b) as soon as practicable after the annual meeting of stockholders, on notice as provided in Section 2.6 of these by-laws. Regular meetings of the Board may be held without notice at such times and places as the Board determines. If the day fixed for a regular meeting is a legal holiday, the meeting shall be held on the next business day.

2.5 <u>Special Meetings</u>. Special meetings of the Board may be called by any two (2) of the directors.

2.6 <u>Notice of Meetings; Waiver of Notice.</u> Notice of the time and place of each special meeting of the Board, and of each annual meeting not held immediately after the annual meeting of stockholders and at the same place, shall be given to each director by mailing it to him at his residence or usual place of business at least three (3) days before the meeting, or by delivering, telephoning or sending it by e-mail, facsimile or other electronic transmission to him at least two (2) days before the meeting. Notice of a special meeting shall also state the purpose or purposes for which the meeting is called. Notice need not be given to any director who submits a signed waiver of notice before or after the meeting or who attends the meeting without protesting at the beginning of the meeting the transaction of any business because the meeting was not lawfully called or convened. Notice of any adjourned meeting need not be given, other than by announcement at the meeting at which the adjournment is taken.

2.7 <u>Board or Committee Action Without a Meeting</u>. Any action required or permitted to be taken by the Board or by any committee of the Board may be taken without a meeting if all of the members of the Board or of the committee consent in writing or by electronic transmission to the adoption of a resolution authorizing the action. The resolutions, written consents or electronic transmissions of the members of the Board or the committee shall be filed with the minutes of the proceeding of the Board or of the committee. Such filing shall be in paper form if the minutes are maintained in paper form and shall be in electronic form if the minutes are maintained in electronic form.

2.8    Participation in Board or Committee Meetings by Conference Telephone.  Any or all members of the Board or of any committee of the Board may participate in a meeting of the Board or of the committee by means of a conference telephone or other communications equipment allowing all persons participating in the meeting to hear each other at the same time.  Participation by such means shall constitute presence in person at the meeting.

2.9    Required Board Approvals.   Shares in other corporations, interests in limited liability companies or partnerships or other entities, which are held by the corporation may be represented and voted by the chief executive officer or a vice president of this corporation or by proxy or proxies appointed by one of them only following approval by a majority of the members of the Board.  Any action by any officer of the corporation in connection with any such shares or interests will be deemed void, unless such action is taken in accordance with the approval required in the previous sentence or ratified by a majority of the Board.

2.10    Resignation and Removal of Directors.  Any director may resign at any time by delivering his resignation in writing or electronic transmission to the chief executive officer or secretary of the corporation, to take effect at the time specified in the resignation; the acceptance of a resignation, unless required by its terms, shall not be necessary to make it effective.  Any or all of the directors may be removed at any time, either with or without cause, by vote of the stockholders.

2.11    Vacancies.  Any vacancy in the Board, including one created by an increase in the number of directors, may be filled for the unexpired term by a majority vote of the remaining directors, though less than a quorum, or by the stockholders.

2.12    Compensation.  Directors shall receive such compensation as the Board determines, together with reimbursement of their reasonable expenses in connection with the performance of their duties.  A director may also be paid for serving the corporation, its affiliates or subsidiaries in other capacities.

3.    COMMITTEES.

3.1    Committees.  The Board, by resolution adopted by a majority of the Board, may designate committees of one or more directors, which shall serve at the pleasure of the Board.  All action of a committee shall be reported to the Board at its next meeting.

3.2    Rules Applicable to Committees.  The Board may designate one or more directors as alternate members of any committee, who may replace any absent or disqualified member at any meeting of the committee.  In the absence or disqualification of any member of a committee, the member or members present at a meeting of the committee and not disqualified, whether or not a quorum, may unanimously appoint another director to act at the meeting in place of the absent or disqualified member.  All action of a committee shall be reported to the Board at its next meeting. Each committee shall adopt rules of procedure and shall meet as provided by those rules or by resolutions of the Board.  The Board shall be notified promptly of any actions approved by a committee.

4. OFFICERS.

    4.1 Number; Security. The executive officers of the corporation shall be the chief executive officer, president, one or more vice presidents (including one or more executive vice presidents, if the Board so determines), a secretary and a treasurer. Any two (2) or more offices may be held by the same person. The Board may require any officer, agent or employee to give security for the faithful performance of his duties.

    4.2 Election; Term of Office. The executive officers of the corporation shall be elected annually by the Board, and each such officer shall hold office until the next annual meeting of the Board and until such officer's successor is elected and qualified or until such officer's earlier resignation or removal pursuant to Section 4.4 of these by-laws.

    4.3 Subordinate Officers. The Board may appoint subordinate officers (including assistant secretaries and assistant treasurers), agents or employees, each of whom shall hold office for such period and have such powers and duties as the Board determines. The Board may delegate to any executive officer or to any committee the power to appoint and define the powers and duties of any subordinate officers, agents or employees.

    4.4 Resignation and Removal of Officers. Any officer may resign at any time by delivering his resignation in writing or other electronic transmission to the chief executive officer or secretary of the corporation, to take effect at the time specified in the resignation; the acceptance of a resignation, unless required by its terms, shall not be necessary to make it effective. Any officer appointed by the Board or appointed by an executive officer or by a committee may be removed by the Board either with or without cause, and in the case of an officer appointed by an executive officer or by a committee, by the officer or committee who appointed him.

    4.5 Vacancies. A vacancy in any office may be filled for the unexpired term in the manner prescribed in Sections 4.2 and 4.3 of these by-laws for election or appointment to the office.

    4.6 Chief Executive Officer. The chief executive officer of the corporation shall preside at all meetings of the Board and of the stockholders. Subject to the control of the Board, the Chief Executive Officer shall have general supervision over the business of the corporation and shall have such other powers and duties as chief executive officers of corporations usually have or as the Board assigns to such office.

    4.7 President. Subject to the control of the Board, the president shall have such powers and duties as the Board assigns to such office.

    4.8 Vice President. Subject to the control of the Board, each vice president shall have such powers and duties as the Board assigns to such office.

    4.9 The Treasurer. The treasurer shall be the chief financial officer of the corporation and shall be in charge of the corporation's books and accounts. Subject to the control of the Board, the treasurer shall have such other powers and duties as the Board assigns to such office.

4.10     The Secretary and Assistant Secretaries.  The secretary shall be the secretary of, and keep the minutes of, all meetings of the Board and of the stockholders, shall be responsible for giving notice of all meetings of stockholders and of the Board, and shall keep the seal and, when authorized by the Board, apply it to any instrument requiring it.  Subject to the control of the Board, the secretary shall have such powers and duties as the Board assigns to such office.  In the absence of the secretary from any meeting, the minutes shall be kept by the person appointed for that purpose by the presiding officer.  One or more assistant secretaries may be appointed by the Board and may be empowered with the same duties as the secretary.

4.11     Salaries.  The Board may fix the officers' salaries, if any, or it may authorize the chief executive officer to fix the salary of any other officer.

5.     SHARES.

5.1     Certificates.  The corporation's shares may be represented by certificates in a form or forms approved by the Board.  Each certificate shall be signed by the president or a vice president, and by the secretary or an assistant secretary, or the treasurer or an assistant treasurer, and shall be sealed with the corporation's seal or a facsimile of the seal.  Any or all of the signatures on the certificate may be a facsimile.

5.2     Transfers.  Shares shall be transferable only on the corporation's books, upon surrender of the certificate for the shares, properly endorsed.  The Board may require satisfactory surety before issuing a new certificate to replace a certificate claimed to have been lost or destroyed.

5.3     Determination of Stockholders of Record.  The Board may fix, in advance, a date as the record date for the determination of stockholders entitled to notice of or to vote at any meeting of the stockholders, or to express consent to or dissent from any proposal without a meeting, or to receive payment of any dividend or the allotment of any rights, or for the purpose of any other action.  The record date may not be more than sixty (60) or less than ten (10) days before the date of the meeting or more than sixty (60) days before any other action.

6.     MISCELLANEOUS.

6.1     Seal.  The Board shall adopt a corporate seal, which shall be in the form of a circle and shall bear the corporation's name and the year and state in which it was incorporated.

6.2     Fiscal Year.  The Board may determine the corporation's fiscal year.  Until changed by the Board, the corporation's fiscal year shall be the calendar year.

6.3     Amendments.  By-laws may be amended, repealed or adopted by the stockholders or by a majority of the Board, but any by-law adopted by the Board may be amended or repealed by the stockholders.