# EXHIBIT J

# SCHEDULE OF ASSUMED EXECUTORY CONTRACTS

The Debtors propose to assume the agreements set forth below. Proposed cure amounts, if any, are set forth on <u>Exhibit 1</u> to this Schedule. All agreements set forth below include exhibits, addendums, riders, allonges, attachments, related integrated documents, amendments and supplements.

## **Reservation**[1]

The Prepetition Agent (After Consultation with the Debtors) with the consent of the Requisite Secured Lenders, reserves the right, on or prior to the Confirmation Date, to amend the Schedule of Assumed Executory Contracts, to delete any Executory Contract therefrom or add any Executory Contract thereto, in which event such Executory Contract(s) shall be deemed to be, respectively, rejected by the Reorganized Debtors or assumed. The Debtors or the Prepetition Agent shall provide notice of any amendments to the Schedule of Assumed Executory Contracts to the parties to the Executory Contracts affected thereby and to the Prepetition Agent on behalf of the Secured Lenders. The listing of a document on this Schedule of Assumed Executory Contracts does not constitute an admission by the Debtors that such document is an Executory Contract or that the Debtors have any liability thereunder.

Contracts to be Assumed

1. Lease Agreement, by and between US Bancorp and White Energy, Inc., dated May 22, 2007 (as may be amended, modified, or supplemented from time to time).

2. DTN Trading Markets Subscription Agreement, by and between Data Transmission Network Corporation and White Energy, dated February 15, 2007 (as may be amended, modified, or supplemented from time to time).

3. Professional Services Agreement, by and between R. W. Beck, Inc. and White Energy, Inc., dated July 19, 2007 (as may be amended, modified, or supplemented from time to time).

4. Agreement of Indemnity Commercial Bond II, by and between WE Hereford, LLC, White Energy Holding Company, LLC and International Fidelity Insurance Company, dated August 14, 2007 (as may be amended, modified, or supplemented from time to time).

5. Contract, No. 0729031, by and between White Energy Holding Company, LLC and Occidental Chemical Corporation, dated December 4, 2007, as amended by Amendment No. 1 to Contract No. 0729031 Between White Energy Holding Company, LLC and Occidental Chemical Corporation, dated March 4, 2008 (as further amended, modified, or supplemented from time to time).

---

[1] Each capitalized term used in this Reservation section shall have meaning provided in the Plan.

6. Master Over the Counter Products Agreement, by and between Cargill, Incorporated and White Energy Holding Company, LLC, dated as of February 28, 2008 (as may be amended, modified, or supplemented from time to time).

7. Energy Management Agreement (Site Development and Operations), by and between US Energy Services, Inc. and White Energy Holding Co., LLC, dated August 28, 2006 (as may be amended, modified, or supplemented from time to time).

8. Agency Authorization, US Energy Services, Inc. and White Energy Holding Co., LLC, dated August 25, 2006 (as may be amended, modified, or supplemented from time to time).

9. Letter Agreement re: Texas City, Texas Ethanol Unit Train Terminalling Agreement and Spot Sales Profit-Sharing Agreement, by and between Murex N.A., Ltd. and White Energy Holding Company, LLC, dated April 5, 2007 (as may be amended, modified, or supplemented from time to time).

10. Pavilion Master License Agreement No. PAV00593, by and between Pavilion Technologies and White Energy Holding Company, LLC, dated November 19, 2007 (as may be amended, modified, or supplemented from time to time).

11. Pavilion Master Services Agreement No. PAV00593, by and between Pavilion Technologies and White Energy Holding Company, LLC, dated November 19, 2007 (as may be amended, modified, or supplemented from time to time).

12. Results Guaranty Agreement, by and between Pavilion Technologies and White Energy Holding Company, LLC, dated November 19, 2007 (as may be amended, modified, or supplemented from time to time).

13. Pavilion Master License Agreement No. PAV00581, by and between Pavilion Technologies and US Energy Partners, LLC, dated November 19, 2007 (as may be amended, modified, or supplemented from time to time).

14. Pavilion Master Services Agreement No. PAV00581, by and between Pavilion Technologies and US Energy Partners, LLC, dated November 19, 2007 (as may be amended, modified, or supplemented from time to time).

15. Results Guaranty Agreement, by and between Pavilion Technologies and US Energy Partners, LLC, dated November 19, 2007 (as may be amended, modified, or supplemented from time to time).

16. Pavilion Master License Agreement No. PAV00591, by and between Pavilion Technologies and WE Hereford, LLC, dated November 19, 2007 (as may be amended, modified, or supplemented from time to time).

17. Pavilion Master Services Agreement No. PAV00591, by and between Pavilion Technologies and WE Hereford, LLC, dated November 19, 2007 (as may be amended, modified, or supplemented from time to time).

18. Results Guaranty Agreement, by and between Pavilion Technologies and WE Hereford, LLC, dated November 19, 2007 (as may be amended, modified, or supplemented from time to time).

19. Pavilion Master License Agreement No. PAV00592, by and between Pavilion Technologies and Plainview BioEnergy, LLC, dated November 19, 2007 (as may be amended, modified, or supplemented from time to time).

20. Pavilion Master Services Agreement No. PAV00592, by and between Pavilion Technologies and Plainview BioEnergy, LLC, dated November 19, 2007 (as may be amended, modified, or supplemented from time to time).

21. Results Guaranty Agreement, by and between Pavilion Technologies and Plainview BioEnergy, LLC, dated November 19, 2007 (as may be amended, modified, or supplemented from time to time).

22. Access Easement Agreement, by and between W.E. Hereford, Ltd. and Archer-Daniel Midland Company, dated March 29, 2006 (as may be amended, modified, or supplemented from time to time).

23. Access Easement Agreement, by and between W.E. Hereford, Ltd. and Archer-Daniel Midland Company, dated December 12, 2005 (as may be amended, modified, or supplemented from time to time).

24. ICM License Agreement, by and between WE Hereford, Ltd., by and through its general partner WE Hereford, LLC, and ICM, Inc., dated as of April 14, 2006 (as may be amended, modified, or supplemented from time to time).

25. ICM License Agreement, by and between Plainview BioEnergy, LLC, and ICM, Inc., dated as of July 27, 2006 (as may be amended, modified, or supplemented from time to time).

26. BNSF Railway Company Industry Track Agreement by and between BNSF Railway Company and WE Hereford LLC, dated March 2, 2007 (as may be amended, modified, or supplemented from time to time).

27. Lease by and between WE Hereford, LLC and Archer-Daniels-Midland Company, dated May 20, 2008 (as may be amended, modified, or supplemented from time to time).

28. Real Estate Purchase and Through Put Agreement, by and between W.E. Hereford, Ltd., and WE Hereford, LLC, and Archer-Daniels Midland Company, dated July 15, 2005 (as may be amended, modified, or supplemented from time to time).

29. Contractor/Company Contract Agreement by and between the City of Hereford, Texas and White Energy Holding Company, LLC, dated August 1, 2006 (as may be amended, modified, or supplemented from time to time).

30. Agreement, by and between the County of Deaf Smith, Texas and White Energy Holding Company, LLC, dated October 23, 2006 (as may be amended, modified, or supplemented from time to time).

31. Pipeline Easement and Right-of-Way Agreement, by and between Leander Reinart, Jr. and wife, Reta Reinart, and WE Hereford, LLC (as may be amended, modified, or supplemented from time to time) dated August 17, 2007.

32. Pipeline Easement and Right-of-Way Agreement, by and between Alva Harry Stevens and wife, Patricia Stevens and WE Hereford, LLC, dated August 15, 2007 (as may be amended, modified, or supplemented from time to time).

33. Right-of-Way and Easement, by and between WE Hereford, LLC and Atmos Energy Corporation, dated June 20, 2008 (as may be amended, modified, or supplemented from time to time).

34. Subordination Agreement, by Radioshack Corporation in favor of WE Hereford, LLC, dated August 10, 2007 (as may be amended, modified, or supplemented from time to time).

35. Customer Use and Access Agreement, by and between WE Hereford, LLC and Atmos Energy, dated February 20, 2008 (as may be amended, modified, or supplemented from time to time).

36. Agreement for Electric Services, by and between Lighthouse Electric Cooperative, Inc and White Energy LLC, dated February 12, 2007 (as may be amended, modified, or supplemented from time to time).

37. Bulletin Board Access Agreement, by and between ONEOK Texas Gas Storage, L.P. and ONEOK WesTex Transmission, L.P. and WE Hereford, LLC, dated June 18, 2007 (as may be amended, modified, or supplemented from time to time).

38. Gas Service Agreement by and between ONEOK Texas Gas Storage, L.P. and ONEOK WesTex Transmission, L.P. and WE Hereford, LLC, dated August 1, 2007 (as may be amended, modified, or supplemented from time to time).

39. Gas Transportation Agreement, by and between Atmos Energy Corporation and WE Hereford, LLC, dated March 22, 2007 (as may be amended, modified, or supplemented from time to time).

40. Energy Management Agreement (Site Development and Operations), by and between U.S. Energy Services, Inc. and Plainview BioEnergy, LLC (as successor to The Scoular Company, Inc.), dated February 8, 2006 (as amended, modified or supplemented from time to time).

41. Agency Authorization Agreement, by and between U.S. Energy Services, Inc. and White Energy Holding Company, LLC (as successor to The Scoular Company, Inc.), dated February 8, 2006 (as amended, modified or supplemented from time to time).

42. Letter Agreement by and between ICM, Inc. and White Energy, dated August 14, 2007 (as amended, modified or supplemented from time to time).

43. Texas Economic Development Act Participation Agreement, by and between Plainview Independent School District and Plainview BioEnergy, LLC, dated as December 21, 2006 (as amended, modified or supplemented from time to time).

44. County Economic Development Agreement Pursuant to Texas Local Government Code Section 381.004, by and between Hale County, Texas and Plainview BioEnergy, LLC, dated February 9, 2009 (as amended, modified or supplemented from time to time).

45. BNSF Railway Company Industry Track Agreement, by and between BNSF Railway Company and Plainview BioEnergy, LLC, dated as of December 1, 2007 (as amended, modified or supplemented from time to time).

46. Letter Agreement of BNSF Railway Company, with Plainview BioEnergy, LLC (as successor to The Scoular Company, Inc.), dated May 15, 2006 (as amended, modified or supplemented from time to time).

47. Pipeline Easement and Right of Way Agreement, by and between Tilson Farms, Inc. and Plainview BioEnergy, LLC, dated August 23, 2007 (as amended, modified or supplemented from time to time).

48. Pipeline Easement and Right of Way Agreement, by and between Kaylene Ramsey and Plainview BioEnergy, LLC, dated August 23, 2007 (as amended, modified or supplemented from time to time).

49. Pipeline Easement and Right of Way Agreement, by and between Legacy Farms, LP and Plainview BioEnergy, LLC, dated August 10, 2007 (as amended, modified or supplemented from time to time).

50. Subordination Agreement, by Farm Credit Services of America, FLCA in favor of Plainview BioEnergy, LLC, dated August 9, 2007 (as amended, modified or supplemented from time to time).

51. Right of Way and Easement, by and between Plainview BioEnergy, LLC, and Atmos Energy Corporation, dated June 20, 2008 (as amended, modified or supplemented from time to time).

52. Right of Way Easement, by and between White Energy, LLC, and Lighthouse Electric Cooperative, Inc. (as amended, modified or supplemented from time to time).

53. Encroachment on Easement Agreement, by Atmos Energy Corporation in favor of Plainview Bioenergy, LLC, dated July 27, 2007 (as may be amended, modified, or supplemented from time to time).

54. Gas Transportation Agreement, by and between Atmos Energy Corporation and Plainview Bioenergy, LLC, dated May 1, 2007 (as may be amended, modified, or supplemented from time to time).

55. Bulletin Board Access Agreement, by and between ONEOK Texas Gas Storage, L.P. and ONEOK WesTex Transmission, L.P. and Plainview BioEnergy, LLC, dated June 18, 2007 (as may be amended, modified, or supplemented from time to time).

56. Gas Service Agreement by and between ONEOK WesTex Transmission, L.P. and Plainview BioEnergy, LLC, dated December 1, 2007 (as may be amended, modified, or supplemented from time to time).

57. Steam Supply Agreement, by and between Land O'Lakes Purina Feed LLC and U.S. Energy Partners, L.L.C., dated August 13, 2007 (as may be amended, modified, or supplemented from time to time).

58. Easement Agreement, by and between U.S. Energy Partners, L.L.C. and Land O'Lakes Purina Feed LLC, dated August 13, 2007 (as may be amended, modified, or supplemented from time to time).

59. Lease/Rental Agreement, by and between Nationwide Boiler Inc. and U.S. Energy Partners, LLC, dated December 21, 2004 (as may be amended, modified, or supplemented from time to time).

60. Master Service Contract, No. MSC 3-8382, by and between American Railcar Leasing LLC and US Energy Partners, LLC, dated March 30, 2006, and Rider Nos. 1 through 3 (as may be amended, modified, or supplemented from time to time).

61. GE Water & Process Technologies Mobile Treatment System Equipment Rental Agreement, by and between ZENON Environmental Corporation and US Energy Partners, LLC, dated March 16, 2007 (as may be amended, modified, or supplemented from time to time).

62. End User License Agreement, by Best Software of California, Inc d/b/a Best Software, (as may be amended, modified or supplemented from time to time).

63. Mutual Confidentiality Agreement by and between US Energy Partners, LLC and ICM, Inc., dated April 6, 2007 (as may be amended, modified, or supplemented from time to time).

64. License Agreement by and between U.S. Energy Partners, L.L.C. and ICM, Inc., dated March 13, 2006 (as may be amended, modified, or supplemented from time to time).

65. Discount Rate Agreement for Transportation of Natural Gas, by and between Kansas Gas Service Company and U.S. Energy Partners, LLC, dated July 6, 2001 (as may be amended, modified, or supplemented from time to time).

66. Premium Finance Agreement Disclosure Statement and Security Agreement, by and between AICCO, Inc. White Energy Inc and White Energy Partners LLC, dated April 30, 2009 (as may be amended, modified, or supplemented from time to time).

67. Insurance Policy Number PLS 1944076, identified in binder by American International Specialty Lines Ins. Co. in favor of White Energy, Inc., dated April 30, 2009 (as may be amended, modified, or supplemented from time to time).

68. Policy Number 3C 455944 004, identified in Binder by Liberty International Underwriters in favor of White Energy, Inc., dated April 27, 2009 (as may be amended, modified, or supplemented from time to time).

69. Policy Number EPR N 0 50 68 08 3, identified in Binder No. 8233 by Starr Technical Risks Agency, Inc in favor of White Energy Partners, LLC, dated April 27, 2009 (as may be amended, modified, or supplemented from time to time).

70. Policy Number QK08000700, identified in Commercial Umbrella Binder by St. Paul Fire & Marine Insurance Company in favor of White Energy, Inc., dated April 23, 2009 (as may be amended, modified, or supplemented from time to time).

71. Policy Number 2090354022, 2090354036, 2090354053, and 2090354148 CNA Commercial Insurance Program by CNA presented to Lockton Companies, LLC representing White Energy Partners, LLC, dated April 23, 2009 (as may be amended, modified, or supplemented from time to time).

72. Consulting Services Agreement, by and between White Energy and Kansas City Series of Lockton, Companies, LLC, dated September 1, 2007 (as may be amended, modified, or supplemented from time to time).

73. Administrative Services Agreement [Cafeteria and COBRA Plan], by and between White Energy Holding Company and Discovery Benefits Inc., dated January 1, 2008 (as may be amended, modified, or supplemented from time to time).

74. Advisory Services Agreement, by and between Lockton Investment Advisors, LLC and White Energy, dated August 22, 2007 (as may be amended, modified, or supplemented from time to time).

75. Policy Number ELU106924-08, identified in Binder by XL Specialty Insurance Company in favor of White Energy Partners, LLC dated September 8, 2008 (as may be amended, modified, or supplemented from time to time).

76. Policy Number EPG0006752, identified in Binder by RLI Insurance Company in favor of White Energy, Inc dated October 27, 2008 (as may be amended, modified, or supplemented from time to time).

77. Policy Number 00 KB 0253909-08, identified in Binder by Twin City Fire Insurance Company in favor of White Energy, Inc. dated October 27, 2008 (as may be amended, modified, or supplemented from time to time).

78. Electric Service Agreement 6201-0523, by and between Southwestern Public Service Company, Xcel Energy Company and White Energy Holding Company LLC, dated July 22, 2008 (as amended modified, or supplemented from time to time).

79. Electric Service Agreement 6201-0502, by and between Southwestern Public Service Company, and White Energy Holding Company LLC, dated April 4, 2008 (as amended modified, or supplemented from time to time).

80. Grain Supply Agreement, by and between The Scoular Company and White Energy Holding Company, LLC, dated October 27, 2006, as amended by that certain First Amendment to Grain Supply Agreement, dated October 31, 2007 and deemed to be effective as of July 1, 2007, and that certain Second Amendment to Grain Supply Agreement, dated June 5, 2009 and deemed to be effective as of June 8, 2009 (as further amended modified, or supplemented from time to time).

81. Distillers Grain Marketing Agreement, by and between The Scoular Company and White Energy Holding Company, LLC, dated on or about September 22, 2006 (as amended modified, or supplemented from time to time).

82. Engagement Agreement [401k Plan], by and between White Energy Holding Company and CPI Qualified Plan Consultants, Inc., dated March 5, 2007 (as may be amended, modified, or supplemented from time to time).

83. Group Policy Number G-00432414-L7 CNA and between White Energy Holding Company and The Guardian Life Insurance Company, dated December 1, 2007 (as may be amended, modified, or supplemented from time to time).

DM3\1283721.5

**EXHIBIT 1 to Schedule of Assumed Executory Contracts
-- Cure Amounts**

| Asumed Contract Counterparty | Agreement Reference on Schedule of Assumed Contracts | 503(b)(9) Administrative Claim Amount | Cure Amount |
|---|---|---|---|
| Archer Daniels Midland | 28 | $2,837,972 | $953 |
| The Scoular Company | 80 | $107,718 | $23,023 |
| Nationwide Boiler Inc. | 59 | | $19,333 |
| GE Water & Process Technologies | 61 | | $32,245 |
| City of Hereford | 29 | | $77,670 |
| Lighthouse Electrical Co-Op | 36 | | $2,083 |
| Xcel Energy | 78 | | $7,574 |
| Atmos Energy | 39 | $290,000 | |
| US Energy Services | 7, 40 | | $18,843 |
| Rockwell Automation/Pavilion | 10 through 21 | | $598,187 |
| **Total** | | **$3,235,690** | **$779,911** |