# EXHIBIT K

**LIST OF MEMBERS OF THE INITIAL BOARD OF DIRECTORS OF REORGANIZED WHITE ENERGY, INC.**

1. E. Keith Min
2. John Castle
3. Ned Kleinschmidt
4. Donald E. Gales
5. Lawrence D. Thompson

31943255_V6