# EXHIBIT L

**LIST OF INSIDERS AND OFFICERS OF REORGANIZED WHITE ENERGY, INC. AND THE REORGANIZED SUBSIDIARIES**

John Castle, Chief Executive Officer [Please see Exhibit G for terms of compensation]