# CERTIFICATE OF SERVICE

I, Evelyn J. Meltzer, do hereby certify that on the 18th day of February, 2010, I did serve the foregoing **Plan Supplement to the Amended Chapter 11 Plan of Reorganization** by causing a true and correct copy thereof to be served in the manner indicated up those parties listed on the attached service list.

/s/ Evelyn J. Meltzer
Evelyn J. Meltzer (DE No. 4581)

# SERVICE LIST

Pat Tinker, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, Delaware 19801
**VIA HAND DELIVERY**

Christopher M. Winter, Esq.
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, Delaware 19801
**VIA HAND DELIVERY**

Henry A. Elfroymson, Esq.
Ice Miller LLP
One American Square
Suite 2900
Indianapolis, Indiana 46282-0200
**VIA FEDEX**

Christopher A. Ward, Esq.
Justin K. Edelson, Esq.
Shanti M. Katona, Esq.
Polsielli Shughart PC
222 Delaware Avenue
Suite 1101
Wilmington, Delaware 19801
**VIA HAND DELIVERY**

Kenneth A. Rosen, Esq.
Sharon L. Levine, Esq.
Bruce Nathan, Esq.
Bruce Buechler, Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, New Jersey 07068
**VIA FEDEX**

Kenneth A. Rosen, Esq.
Sharon L. Levine, Esq.
Bruce Nathan, Esq.
Bruce Buechler, Esq.
Lowenstein Sandler PC
1251 Avenue of the Americas
18th Floor
New York, New York 10020
**VIA FEDEX**

Michael R. Nestor, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street
17th Floor
Wilmington, Delaware 19801
**VIA HAND DELIVERY**

Mark Broude, Esq.
James Gorton, Esq.
Latham & Watkins LLP
885 Third Avenue
New York, New York 10022
**VIA FEDEX**

Kathleen M. Miller, Esq.
Smith Katzenstein & Furlow LLP
The Corporate Plaza
800 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
**VIA HAND DELIVERY**

S. Stephen Prince, Esq.
Matthew A. Swanson, Esq.
Leonard, Street and Deinard, P.A.
150 South Fifth Street
Suite 2300
Minneapolis, Minnesota 55042
**VIA FEDEX**