IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| **In re:** | ) ) | **CHAPTER 11** |
| **WHITE ENERGY, INC., *et al.*,[1]** | ) ) ) | Case No. 09-11601 (CSS) |
| Debtors, | ) ) ) | **(Jointly Administered)** Related Docket No. 488 |

## NOTICE OF FILING OF PLAN SUPPLEMENT TO THE AMENDED CHAPTER 11 PLAN OF REORGANIZATION

**PLEASE TAKE NOTICE** that pursuant to, in support of, and in connection with confirmation of the **Amended Chapter 11 Plan of Reorganization** (Docket No. 488) (the "Plan"), dated January 12, 2010, WestLB AG, New York Branch, as Administrative Agent, has filed the Plan Documents, Plan Supplement and all other documents required to be filed pursuant to the Plan. Attached hereto as **Exhibit 1** is a list of those documents (the "Documents").

Parties wishing to obtain copies of the Documents may contact the Debtors' Solicitation and Tabulation Agent, The Garden City Group, Inc., at 312-499-6900. Additionally, the Documents are available free of charge at http://cert.gardencitygroup.com/wei/fs/searchcr or by contacting Pepper Hamilton LLP, Hercules Plaza, Suite 5100, 1313 N. Market Street, P.O. Box 1709, Wilmington, Delaware 19899, Attn: John H. Schanne, II, Esq.

Dated: February 18, 2010
      Wilmington, Delaware

/s/ Evelyn J. Meltzer_____
David B. Stratton (DE No. 960)
Evelyn J. Meltzer (DE No. 4581)
John H. Schanne II (DE No. 5260)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, Delaware 19899
(302) 777-6500

Madlyn Gleich Primoff (MP 1701)
KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022
(212) 836-8000

*Co-Counsel for WestLB AG, New York Branch,
as Administrative Agent for the First Lien Lenders*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: White Energy, Inc. (1083); White Energy Holding Company, LLC (3034); US Energy Partners, L.L.C. (1177); WE Hereford, LLC (9408); and Plainview BioEnergy, LLC (5553). The corporate headquarters for each of the Debtors is 5005 LBJ Freeway, Suite 1400, Dallas, TX 75244.

# EXHIBIT 1

| | |
|---|---|
| **EXHIBIT A** | Senior Secured Exit Financing Facility Agreement |
| **EXHIBIT B** | Senior Subordinated Term Facility Agreement |
| **EXHIBIT C** | Collateral Agency and Security Deposit Agreement |
| **EXHIBIT D** | Subordination and Intercreditor Agreement |
| **EXHIBIT E** | Stock Option Agreement |
| **EXHIBIT F** | Long-Term Incentive Plan |
| **EXHIBIT G** | John Castle Employment Agreement |
| **EXHIBIT H** | Third Amended and Restated Certificate of Incorporation of White Energy, Inc. |
| **EXHIBIT I** | Amended and Restated By-Laws of White Energy, Inc. |
| **EXHIBIT J** | Schedule of Assumed Executory Contracts |
| **EXHIBIT K** | Identities of the Initial Members of the Board of Directors of Reorganized White Energy, Inc. |
| **EXHIBIT L** | The Identity of the Initial Officer and Insider of the Reorganized Debtors (Insider compensation terms filed as Exhibit G) |