# CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of February, 2010, I caused to be served a copy of the foregoing Objection of Fagen, Inc. to Confirmation of the Amended Chapter 11 Plan of Reorganization for White Energy, Inc. and Its Affiliated Debtors Filed by the Debtors and WestLB AG, New York Branch, as Administrative Agent on the following parties in the manner indicated:

*HAND DELIVERY AND*
*ELECTRONIC MAIL*
Michael R. Lastowski
Christopher M. Winter
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, Delaware 19801
mlastowski@duanemorris.com
cmwinter@duanemorris.com

*HAND DELIVERY and*
*ELECTRONIC MAIL*
David B. Stratton
Pepper Hamilton
Hercules Plaza, Suite 5100
1313 N. Market Street,
Wilmington, Delaware 19899-1709
strattond@pepperlaw.com

*HAND DELIVERY and FIRST CLASS*
*MAIL*
T. Patrick Tinker
Office of the United States Trustee
District of Delaware
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, Delaware 19801

*HAND DELIVERY and*
*ELECTRONIC MAIL*
Christopher A. Ward
Polsinelli Shughart PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
cward@polsinelli.com

*ELECTRONIC MAIL and FIRST*
*CLASS MAIL*
Henry A. Efroymson
Ice Miller, LLP
One American Square, Suite 2900
Indianapolis, Indiana 46282
henry.efroymson@icemiller.com

*ELECTRONIC MAIL and FIRST*
*CLASS MAIL*
Madlyn Gleich Primoff
Kaye Scholer LLP
425 Park Avenue
New York, New York 10022
mprimoff@kayescholer.com

*ELECTRONIC MAIL and FIRST*
*CLASS MAIL*
Bruce Buechler
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, New Jersey 07068
bbuechler@lowenstein.com

*/s/ Michael P. Migliore*
Michael P. Migliore (ID No. 4331)

{10005;COS|10098035.DOC}