# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WHITE ENERGY, INC., *et al.*,[1] | Case No. 09-11601 (CSS) |
| Debtors. | Jointly Administered<br>**Related Docket No. 488** |

## NOTICE PURSUANT TO SECTION 13.15 OF THE AMENDED CHAPTER 11 PLAN OF REORGANIZATION FOR WHITE ENERGY, INC. AND ITS AFFILIATED DEBTORS

**PLEASE TAKE NOTICE** that pursuant to section 13.15 of the Amended Chapter 11 Plan of Reorganization for White Energy, Inc. and its Affiliated Debtors dated January 12, 2010 (as such plan may be amended from time to time, the "Plan")[2] filed by the Debtors and WestLB AG, New York Branch, as Administrative Agent for the Debtors' Secured Lenders under the Credit Agreement, the following provisions of the Plan are hereby modified as follows: (i) section 9.1.4 of the Plan is modified to change March 8, 2010 to March 25, 2010; and section 9.2(ix) is modified to change April 8, 2010 to April 26, 2010.

**PLEASE TAKE FURTHER NOTICE THAT** the hearing scheduled for March 4, 2010 at 11:00 a.m. has been adjourned. The Court has fixed **March 24, 2010 at 2:00 p.m.**, Prevailing Eastern Time, as the date and time for the hearing to consider confirmation of the Plan and related matters (the "March 24 Confirmation Hearing"). The March 24 Confirmation Hearing will be held before the Honorable Christopher S. Sontchi, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Wilmington, Delaware 19801. The March 24 Confirmation Hearing may be further adjourned

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: White Energy, Inc. (1083); White Energy Holding Company, LLC (3034); US Energy Partners, L.L.C. (1177); WE Hereford, LLC (9408); and Plainview BioEnergy, LLC (5553). The corporate headquarters for each of the Debtors is 5005 LBJ Freeway, Suite 1400, Dallas, TX 75244.

[2] Unless otherwise defined herein, capitalized terms shall have the meanings ascribed to such terms in the Plan.

by the Court or the Agent from time to time without further notice to parties in interest.

Dated: Wilmington, Delaware
March 3, 2010

        KAYE SCHOLER LLP
        Madlyn Gleich Primoff (MP 1701)
        425 Park Avenue
        New York, New York 10022
        (212) 836-8000

        and

        /s/ David B. Stratton
        David B. Stratton (DE No. 960)
        PEPPER HAMILTON LLP
        Hercules Plaza, Suite 5100
        1313 N. Market Street
        P.O. Box 1709
        Wilmington, Delaware 19899
        (302) 777-6500

        Co-Counsel for WestLB AG, New York Branch, as
        Administrative Agent for the First Lien Lenders