## CERTIFICATE OF SERVICE

I, David B. Stratton, do hereby certify that on the 3rd day of March, 2010, I did cause to be served the foregoing *Notice Pursuant to Section 13.15 of the Amended Chapter 11 Plan of Reorganization for White Energy, Inc. and Its Affiliated Debtors* by causing a true and correct copy thereof to be served via United States mail, first class, postage pre-paid upon those parties listed on the attached service list.

/s/ David B. Stratton
David B. Stratton (DE No. 960)

#12222334 v1

ARCHER DANIELS MIDLAND COMPANY
ATTN LARRY BOSTICK
PO BOX 1470
DECATUR, IL  62525

ASHBY & GEDDES, P.A.
ATT: WILLIAM BOWDEN & STACY NEWMAN
500 DELAWARE AVENUE, 8TH FLOOR
P.O. BOX 1150
WILMINGTON, DE  19899

ATMOS ENERGY MARKETING
ATTN CHARLES HOFER
13430 NORTHWEST FREEWAY
SUITE 700
HOUSTON, TX  77040

BECKET AND LEE LLP
ATT: GILBERT B. WEISMAN, ESQ.
ATTY FOR AMERICAN EXPRESS TRAVEL RELATED
PO BOX 3001
MALVERN, PA  19355

BNSF RAILWAY COMPANY
ATT: QUINCY CHUMLEY
3001 WESTERN CENTER BLVD
FORT WORTH, TX  76131

DORSEY & WHITNEY LLP
ATT: ERIC SCHNABEL & ROBERT MALLARD
ATTY FOR THE SCOULAR COMPANY
300 DELAWARE AVENUE, SUITE 1010
WILMINGTON, DE  19801

DORSEY & WHITNEY LLP
ATT: KATHERINE CONSTANTINE & STEVEN HEIM
ATTY FOR THE SCOULAR COMPANY
50 SOUTH SIXTH STREET, SUITE 1500
MINNEAPOLIS, MN  55402

FAEGRE & BENSON LLP
ATT: MICHAEL STEWART & SARA BRUGGEMAN
2200 WELLS FARGO CENTER
90 SOUTH SEVENTH STREET
MINNEAPOLIS, MN  55402

FAGEN, INC.
ATTN J. JOHNSON, RYAN MANTHEY
501 W. HIGHWAY 212
P. O. BOX 159
GRANITE FALLS, MN  56241

ICE MILLER LLP
ATTN HENRY A EFROYMSON
ONE AMERICAN SQUARE
SUITE 2900
INDIANAPOLIS, IN  46282

INTERNAL REVENUE SERVICE
31 HOPKINS PLAZA-ROOM 1150
BALTIMORE, MD  21201

JACKSON WALKER L.L.P.
ATT: BRUCE J. RUZINSKY & D. ELAINE CONWA
ATTY FOR CONSTELLATION NEWENERGY-GAS DIV
1401 MCKINNEY STREET, SUITE 1900
HOUSTON, TX  77010

JACKSON WALKER L.L.P.
ATT: HEATHER M. FORREST, ESQ.
ATTY FOR CONSTELLATION NEW ENERGY-GAS DI
901 MAIN STREET, SUITE 6000
DALLAS, TX  75202

JEFFERIES & COMPANY, INC.
MORRIS, NICHOLS, ARSHT & TUNNEL LLP
ROBERT DEHNEY; CURTIS MILLER
120 NORTH MARKET STREE, 18TH FLOOR
P.O. BOX 1347
WILMINGTON, DE  19899

KATHRYN PAMENTER
THE GARDEN CITY GROUP, INC.
190 S. LASALLE ST.
SUITE 1520
CHICAGO, IL  60603

KAYE SCHOLER LLP
ATTN: MADLYN GLEICH PRIMOFF, ESQ.
425 PARK AVENUE
NEW YORK, NY  10022

LATHAM & WATKINS LLP
ATT: MARK BROUDE & JUDE GORMAN
ATTY FOR COLUMBUS NOVA ETHANOL HOLDINGS
885 THIRD AVENUE
NEW YORK, NY  10022

LEONARD, STREET AND DEINARD, PA
ATT: JAMES BRAND, S. STEVEN PRINCE
ATTY FOR FAGEN, INC.
150 SOUTH FIFTH STREET, SUITE 2300
MINNEAPOLIS, MN  55402

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATT: ELIZABETH WELLER, ESQ.
ATTY FOR DALLAS COUNTY
2323 BRYAN STREET, SUITE 1600
DALLAS, TX  75201

LOWENSTEIN SANDLER
ATTN SHARON LEVINE KENNETH ROSEN
BRUCE BUECHLER
65 LIVINGSTON AVENUE
ROSELAND, NJ  07068

LOWENSTEIN SANDLER
ATTN BRUCE S. NATHAN
1251 AVENUE OF THE AMERICAS
NEW YORK, NY  10020

LOWENSTEIN SANDLER
ATTN: BRUCE BUECHLER, ESQ
65 LIVINGSTON AVENUE
ROSELAND, NJ  07068

MONTGOMERY, MCCRACKEN, WALKER & RHOADS
ATTN: LAURIE A. KREPTO, ESQ.
ATTY FOR BRENNTAG SOUTHWEST, INC.
1105 N MARKET STREET, SUITE 1500
WILMINGTON, DE  19801

NEXEN MARKETING U.S.A., INC.
ATTN JEFF PENDREL
5660 GREENWOOD PLAZA
SUITE 230
GREENWOOD VILLAGE, CO  80111

NOVOZYMES NORTH AMERICA
C/O K&L GATES LLP
ATT: MARGARET WESTBROOK & BRIAN FORK
4350 LASSITER @ NORTH HILLS AVE, STE 300
POST OFFICE BOX 17047
RALEIGH, NC  27609

NOVOZYMES NORTH AMERICA, INC.
ATTN: JOACHIM HELMS
PO BOX 7247-7554
PHILADELPHIA, PA  19170

OCCIDENTAL CHEMICAL CORPORATION
ATT: GARY O. LEE, JR. SCOTT KING, ESQ.
5005 LBJ FREEWAY, SUITE 2200
DALLAS, TX  75244

OFFICE OF THE UNITED STATES TRUSTEE
U.S. DEPARTMENT OF JUSTICE
PAT TINKER, ESQUIRE
844 NORTH KING STREET
WILMINGTON, DE  19801

PEPPER HAMILTON LLP
ATTN: DAVID B. STRATTON, ESQ.
1313 MARKET ST., HERCULES PL, STE 5100
WILMINGTON, DE  19801

PERDUE BRANDON FIELDER COLLINS & MOTT
ATTY FOR DEAF SMITH & HALE COUNTY APPRAI
ATT: D'LAYNE PEEPLES, ESQ.
P.O. BOX 9132
AMARILLO, TX  79105

POLSINELLI SHUGHART PC
ATTY FOR COMMITTEE OF UNSECURED CREDITOR
ATT: CHRISTOPHER A.WARD & JUSTIN EDELSON
222 DELAWARE AVENUE, SUITE 1101
WILMINGTON, DE  19801

SECRETARY OF STATE
DIVISION OF CORPORATIONS
FRANCHISE TAX
PO BOX 7040
DOVER, DE  19903

SECRETARY OF TREASURY
PO BOX 7040
DOVER, DE  19903

SECURITIES & EXCHANGE CMN
NEW YORK REGIONAL OFFICE
ATTN: NATHAN FUCHS
233 BROADWAY
NEW YORK, NY  10279

SMITH, KATZENSTEIN & FURLOW
ATT: KATHLEEN M. MILLER, ESQ.
800 DELAWARE AVENUE, 7TH FLOOR
P.O. BOX 410
WILMINGTON, DE  19899

STUTZMAN BROMBERG ESSERMAN & PLIFKA, PC
ATT: CLIFF I. TAYLOR, ESQ.
ATTY FOR NEXEN MARKETING U.S.A., INC.
2323 BRYAN STREET, SUITE 2200
DALLAS, TX  75201

THE BANK OF NEW YORK AS COLLATERAL AGENT
ATTN: CORPORATE TRUST ADMINISTRATION
101 BARCLAY STREET, FL 8W
NEW YORK, NY  10286

THE HOGAN FIRM
ATT: DANIEL K. HOGAN, ESQ.
ATTY FOR NEXEN MARKETING U.S.A., INC.
1311 DELAWARE AVENUE
WILMINGTON, DE  19806

THE SCOULAR COMPANY
ATTN: ROBERT STIRLING, III
10801 MASTIN, SUITE 800
OVERLAND PARK, KS  66210

YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATT: MICHAEL R. NESTOR, ESQ.
THE BRANDYWINE BLDG, 1000 WEST ST, 17TH
P.O. BOX 391
WILMINGTON, DE  19801