# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WHITE ENERGY, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 09-11601 (CSS)<br><br>Jointly Administered<br>**Related Docket No. 488** |

## NOTICE OF RESCHEDULED CONFIRMATION HEARING DATE

**PLEASE TAKE NOTICE THAT** the hearing scheduled for March 24, 2010 at 2:00 p.m. has been rescheduled. The Court has fixed **March 23, 2010 at 9:00 a.m.**, Prevailing Eastern Time, as the date and time for the hearing to consider confirmation of the Amended Chapter 11 Plan of Reorganization for White Energy, Inc. and its Affiliated Debtors dated January 12, 2010 (Docket No. 488) (the "Confirmation Hearing"). The Confirmation Hearing will be held before the Honorable Christopher S. Sontchi, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Wilmington, Delaware 19801. The Confirmation Hearing may be further adjourned by the Court or the Agent from time to time without further notice to parties in interest.

Dated: Wilmington, Delaware
       March 4, 2010

    KAYE SCHOLER LLP
    Madlyn Gleich Primoff (MP 1701)
    425 Park Avenue
    New York, New York 10022
    (212) 836-8000

    and

    /s/ David B. Stratton
    David B. Stratton (DE No. 960)
    PEPPER HAMILTON LLP
    Hercules Plaza, Suite 5100
    1313 N. Market Street
    P.O. Box 1709
    Wilmington, Delaware 19899
    (302) 777-6500

    Co-Counsel for WestLB AG, New York Branch, as
    Administrative Agent for the First Lien Lenders

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: White Energy, Inc. (1083); White Energy Holding Company, LLC (3034); US Energy Partners, L.L.C. (1177); WE Hereford, LLC (9408); and Plainview BioEnergy, LLC (5553). The corporate headquarters for each of the Debtors is 5005 LBJ Freeway, Suite 1400, Dallas, TX 75244.