# AMENDED PLAN SUPPLEMENT INDEX

| | |
|---|---|
| **EXHIBIT A** | Senior Secured Working Capital Facility Agreement |
| **EXHIBIT B** | Senior Secured Term Facility Agreement |
| **EXHIBIT C** | Collateral Agency and Security Deposit Agreement |
| **EXHIBIT D** | Working Capital Intercreditor Agreement |
| **EXHIBIT E** | Secured Lender Intercreditor Agreement |
| **EXHIBIT F** | Stock Option Agreement |
| **EXHIBIT G** | Long-Term Incentive Plan |
| **EXHIBIT H** | Calvin Stewart Employment Agreement |
| **EXHIBIT I** | Identities of the Initial Members of the Board of Directors of Reorganized White Energy, Inc. |
| **EXHIBIT J** | Identity of the Initial Officer and Insider of the Reorganized Debtors |
| **EXHIBIT K** | Amended and Restated Certificate of Incorporation of White Energy, Inc. |
| **EXHIBIT L** | Amended and Restated By-Laws of White Energy, Inc. |
| **EXHIBIT M** | Amended Certificates of Incorporation / Certificates of Formation of the Reorganized Subsidiaries |
| **EXHIBIT N** | Amended By-Laws / Operating Agreements of the Reorganized Subsidiaries |
| **EXHIBIT O** | Fagen Note |
| **EXHIBIT P** | Fagen Guaranty |
| **EXHIBIT Q** | Schedule of Assumed Executory Contracts |
| **EXHIBIT R** | Stockholders' Agreement |