B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

District of Delaware

In re  White Energy Inc, et al.              ,        Case No.  09-11601 (CSS)

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Nexen Energy Marketing U.S.A., Inc. | Nexen Marketing U.S.A., Inc |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
 801 - 7th Ave. S.W.
 Calgary, Alberta, Canada T2P 3P7

Court Claim # (if known):   185
Amount of Claim:   $101,763.60
Date Claim Filed:   09/11/2009

Phone: _____
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Cliff I. Taylor, Esq.                    Date: 07/22/2010
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, District of Delaware

AND TO: Nexen Energy Marketing U.S.A. Inc.

Nexen Marketing U.S.A. Inc., located at 801 – 7th Ave. S.W., Calgary, Alberta, Canada T2P 3P7 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Asset Sale Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Nexen Energy Marketing U.S.A. Inc., its successors and assigns, with offices at 801 – 7th Ave. S.W., Calgary, Alberta, Canada T2P 3P7 ("Buyer"), all right, title and interest in and to Seller's Proof of Claim No. 185 against U.S. ENERGY PARTNERS, LLC, and its affiliates in the amount of $67,982.62, as an administrative priority claim, and $33,780.98 as a general unsecured claim, for a total of $101,763.60 (the "Claim") in the United States
Bankruptcy Court for the District of Delaware, Case No. 09-11601 (CSS) (Jointly Administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 19 day of July, 2010.

Nexen Marketing U.S.A. Inc.

By: _____
Name:
Title: Susan L. Schulli
Vice President & General Counsel

By: _____
Name:
Title: Kenneth S. Heywood
Assistant Secretary

Nexen Energy Marketing U.S.A. Inc.

By: _____
Name:
Title: Susan L. Schulli
Vice President & General Counsel

By: _____
Name:
Title: Kenneth S. Heywood
Assistant Secretary