# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WHITE ENERGY, INC., *et al.*,[1] | Case No. 09-11601 (CSS) |
| Debtors. | Jointly Administered |
| | Re: Docket No. 799 and 806 |

## NOTICE OF EFFECTIVE DATE

**PLEASE TAKE NOTICE** that on July 15, 2010, the United States Bankruptcy Court for the District of Delaware (the "Court") entered the *Findings of Fact, Conclusions of Law, and Order Under 11 U.S.C. § 1129(a) and (b) and Fed. R. Bankr. P. 3020 Confirming the Third Amended Chapter 11 Plan of Reorganization for White Energy, Inc. and Its Affiliated Debtors Filed by the Debtors and WestLB AG, New York Branch, as Administrative Agent* [Docket No. 806] (the "Confirmation Order") confirming the *Third Amended Chapter 11 Plan of Reorganization for White Energy, Inc. and Its Affiliated Debtors Filed by the Debtors and WestLB AG, New York Branch, as Administrative Agent*, dated July 15, 2010 [Docket No. 799] (the "Plan")[2]

**PLEASE TAKE FURTHER NOTICE** that all conditions precedent to the Effective Date (as set forth in Section 9.2 of the Plan) have been satisfied or waived in accordance with Section 9.3 of the Plan and that the Effective Date occurred on **August 20, 2010**.

**PLEASE TAKE FURTHER NOTICE** that any Professional Person requesting payment pursuant to any of sections 327, 328, 329, 330, 331, 503(b) and 1103 of the Bankruptcy Code for services rendered on or before the Effective Date, shall file its final request for payment of such Fee Claims with the Court and serve such request on counsel for the Reorganized Debtors, the Creditors' Committee, and the U.S. Trustee not later than **forty-five (45) days after the Effective Date**.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: White Energy, Inc. (1083); White Energy Holding Company, LLC (3034); US Energy Partners, L.L.C. (1177); WE Hereford, LLC (9408); and Plainview BioEnergy, LLC (5553). The corporate headquarters for each of the Debtors is 5005 LBJ Freeway, Suite 1400, Dallas, TX 75244.

[2] Unless otherwise noted herein, all capitalized terms used but not otherwise defined herein, shall have the meanings ascribed to them in the Plan. To the extent that any provisions of the Confirmation Order may be inconsistent with the terms of the Plan, Plan Documents, or this Notice of Effective Date, the terms of the Confirmation Order shall be binding and conclusive.

**PLEASE TAKE FURTHER NOTICE** that parties who wish to obtain copies of the Confirmation Order, the Plan or other pleadings filed in these Chapter 11 Cases may do so by contacting the Reorganized Debtors' Claims and Voting Agent, Garden City Group at 312-499-6900. Additionally, the Confirmation Order and Plan Statement are available *via* the internet at http://cert.gardencitygroup.com/wei/fs/searchcr. Parties may also obtain copies of any pleadings filed in these Chapter 11 Cases for a fee via PACER at: http//www.deb.uscourts.gov.

Dated: September 2, 2010
Wilmington, Delaware

*/s/ Christopher Winter*
_____
Michael R. Lastowski (DE 3892)
Christopher M. Winter (DE 4163)
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 657-4900
Facsimile: (302) 657-4901
E-mail: mlastowski@duanemorris.com
cmwinter@duanemorris.com

-and-

Madlyn Gleich Primoff
Kaye Scholer LLP
425 Park Avenue
New York, New York 10022
Telephone: (212) 836-7042
Email: mprimoff@kayescholer.com

*Counsel to the Reorganized Debtors*